# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

PSW, INC., d/b/a PSW BILLING,
Plaintiff(s)

v. C.A. No. 04-347 - T

VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,

Defendant(s)

## MOTION FOR ENTRY OF APPEARANCE
## PRO HAC VICE

Plaintiff PSW, INC., d/b/a PSW BILLING, hereby moves that DAVID PAUL STEINER be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: Internet credit card processing and adult e-commerce.
- Pro hac vice counsel's long-standing representation of the client: I have represented Plaintiff in three other matters.
- The local trial bar lacks experience in the field of: Internet credit card processing and adult entertainment e-commerce.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: N/A
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: N/A
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice: N/A
- Other: Please see attached Declaration of David Paul Steiner.

[Plaintiff]

DATED: September 15, 2004

By [signature]

RICHARD A. SINAPI (2977)
Sinapi Formisano & Company, Ltd.
Attorneys for Plaintiff PSW, INC. d/b/a PSW BILLING

Address:
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
Telephone: (401) 944-9690
Fax: (401) 943-9040

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PSW, INC., d/b/a PSW BILLING,

Plaintiff,

v. C.A. No. 04-347 - T

VISA U.S.A., INC., MASTERCARD
INTERNATIONAL INCORPORATED,
FIRST FINANCIAL BANK, and
FIRST DATA MERCHANT SERVICES
CORPORATION,

Defendants.

**DECLARATION OF DAVID PAUL STEINER IN SUPPORT OF MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

I, DAVID PAUL STEINER, do hereby declare:

1. I am an attorney duly licensed to practice law in the State of California. I am the principal in the law offices of David Steiner & Associates, PLC, and attorney of record for Plaintiff PSW, INC., d/b/a PSW BILLING ("Plaintiff") in this action. I have personal knowledge of the foregoing facts, and, if called as a witness, could and would testify competently thereto. I make this Declaration in support of my Motion for Entry of Appearance Pro Hac Vice.

2. In accordance with United States District Court for the District of Rhode Island, Amended Local Rule 5 c, I am filing concurrently herewith a Motion for Entry of Appearance Pro Hac Vice to represent Plaintiff in this action.

3. I am a member in good standing of the State Bar of California and State Bar of Colorado. I am admitted to practice before the United States District Court, Central and

Northern Districts of California, as well as the Superior Court for the County of Los Angeles.

4. In accordance with Local Rule 5 c, good cause exists to grant the accompanying Motion based on the following facts:

a. This action involves a complex area of law, internet credit card processing and e-commerce, in which I specialize. I have extensive experience in this area of law which includes litigating cases in a number of state and federal courts in California, Florida, New Mexico, Canada and other jurisdictions. This action involves a particularized type of business transaction which involve such issues as chargeback ratios, reserves, credits, and other terms and conditions in processing contracts.

b. My long-standing representation of Defendants began a some time ago. I have represented Defendants in three other actions in which my specialized knowledge of internet credit card processing, e-commerce and related issues was utilized. I am currently representing Plaintiff in a dispute with H&H Internet, N.V., Case No. C.A. No. 04-324 - L, and have an application currently pending to appear pro hac vice in that action before this Court.

c. It is my understanding that the local trial bar lacks experience in the field of internet credit card processing as it applies to e-commerce, especially adult entertainment sites. I believe that I have as much experience in litigation involving internet credit card processing issues, especially involving adult entertainment websites, as any other attorney in the country. I have handled many cases involving credit card processing both on behalf of and against aggregators and processors, such as Plaintiff PSW, and have also represented a number of large internet merchants who have had disputes with third party processors, credit card associations, ISO's and other quasi-banking entities. Despite the fact that Plaintiff is cognizant

that I office primarily in Los Angeles, it is their choice that I act as associate counsel for them in this Rhode Island litigation.

I declare under penalty of perjury under the laws of the States of Rhode Island, California and the United States that the foregoing is true and correct.

Executed on August 31, 2004, at Los Angeles, California.

DAVID PAUL STEINER



F:\WPDATA\PSW\v VISA\Decl of DPS Pro Hac Vice.wpd

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the States of California and Colorado and the following federal district court bar(s): Central and Northern Districts of California, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: H&H Internet v. P.S.W., Inc., et al., Case No. 04-324-L [Pro Hac Vice Application currently pending].

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local lead trial counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local [associate] counsel.

DAVID PAUL STEINER

California Bar ID # 064638

DAVID STEINER & ASSOCIATES, PLC

1925 Century Park East, Suite 2350

Los Angeles, CA 90067

310-557-8422
Tel. #

310-556-0336
Fax #

9/15/04

RICHARD A. SINAPI

Local Lead Trial Counsel
R.I. Bar ID # 2977

SINAPI, FORMISANO & COMPANY, LTD.

100 Midway Place, Suite 1

Cranston, RI 02920

401-944-9690
Tel. #

401-943-9040
Fax #

---

**ORDER:**

This motion is hereby ___________________.

U.S. District Judge

Date: ________________

**CERTIFICATION**

The undersigned does hereby certify that the within Motion for Entry of Appearance Pro Hac Vice, along with attached Declaration of David Paul Steiner and Attorney Certification for Pro Hac Vice Admission, was served upon all parties Defendant in this action in conjunction with and simultaneous with the service of the Summons and Complaint.

Date: September 15, 2004

F:\USERS\SINAPI\CLIENTS\PSW\Certification 9-14-04.doc