AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
Rhode Island

PSW, Inc., d/b/a PSW Billing

V.

Visa U.S.A., Inc., MasterCard International Incorporated, First Financial Bank, and First Data Merchant Services Corporation,

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-

CA 04 347 T

TO: (Name and address of Defendant)

First Data Merchant
Services Corporation
6200 South Quebec St., Suite 240
Greenwood Village, CO 80111-4729

Please Serve Agent for Service:
Corporation Services Company
222 Jefferson Blvd., Suite 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 8/16/04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/17/04 |
| NAME OF SERVER *(PRINT)* Vincent P. Catamero | TITLE Constable State of R.I. License #6023 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED AGENT FOR SERVICE: CORPORATION SERVICES COMPANY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 35.00 | ~~$0.00~~ $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/17/04
Date

[signature]
*Signature of Server*

Vincent P. Catamero
Constable State of R.I.
License #6023

1408 ATWOOD AVE JOHNSTON, RI
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2004 SEP 27 A 11:41
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.