UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PSW, INC., d/b/a PSW BILLING | : | |
| | : | |
| v. | : | C.A. No. 04-347T |
| | : | |
| VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION | : | |

**ENTRY OF APPEARANCE**

John A. Tarantino and Patricia K. Rocha of Adler Pollock & Sheehan P.C. hereby enter their appearance on behalf of the Defendants, First Financial Bank and First Data Merchant Services Corporation.

Dated: October 6, 2004

DEFENDANTS, FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES CORPORATION
By their Attorneys,

Pat K Roch

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within was served via first class mail, postage prepaid, on Richard A. Sinapi, Esq., Sinapi, Formisano & Company, Ltd., 100 Midway Place, Suite 1, Cranston, RI 02920 on the 6th day of October, 2004.

Debra Hunn

*312214_1.doc*

5