RECEIVED
OCT 13 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PSW, INC., d/b/a PSW BILLING, Plaintiff, v. VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION Defendants. | ) | C.A. 04-347T |

**STIPULATION**

Plaintiff PSW, Inc., d/b/a PSW Billing, through its undersigned counsel, and Defendant MasterCard International Incorporated, specially appearing through its undersigned counsel, without waiver of the defense of lack of personal jurisdiction, hereby agree that the time for defendant to answer, move or otherwise respond to the Complaint herein is hereby extended to and including November 9, 2004.

Richard A. Sinapi, Esq. (#2977)
V. Edward Formisano (#5512)
SINAPI, FORMISANO & COMPANY, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920

Counsel for Plaintiff
PSW, Inc., d/b/a PSW Billing

Dated: October 12, 2004

Joseph V. Cavanagh (#1139)
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Counsel for Defendant
MasterCard International Incorporated

October 12, 2004

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 10/14/04

NY1:\1285748\02\RK3802!.DOC\60532.0107

6

**CERTIFICATION**

I hereby certify that the 13th day of October, 2004, I forwarded a true copy of the within document via 1st class mail, postage prepaid, to the following parties:

Richard A. Sinapi, Esq.
V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Jay N. Fastow, Esq.
Bruce A. Colbath, Esq.
Denise L. Plunkett, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Daniel Brookin, Esq.
Randall W. Edwards, Esq.
O'Melveny & Meyers
275 Battery Street
San Francisco, CA 94111

Brian Wallach, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

David A. Wollin, Esq.
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence, RI 02903

Cynthia Dragon