UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PSW, INC., d/b/a PSW BILLING | : | |
| | : | |
| v. | : | C.A. No. 04-347T |
| | : | |
| VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION | : | |

**STIPULATION**

Pursuant to Rule 22 of the Local Rules of the United States District Court for the District of Rhode Island, Plaintiff, PSW, Inc., d/b/a PSW Billing, and Defendants, First Financial Bank and First Data Merchant Services Corporation, hereby agree that the time within which the Defendants may answer or otherwise respond to Plaintiff's Complaint is hereby enlarged up to and including November 9, 2004.

Richard A Sinapi by plunk
RICHARD A. SINAPI, #2977
V. EDWARD FORMISANO, #5512
SINAPI, FORMISANO & COMPANY, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920
Tel: (401) 944-9690
Fax: (401) 943-9040
Dated: 10/6/04

Pat K Roch
JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 10/6/04

Of Counsel:

Brian Wallach
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

*312004_1.doc*

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE

7