UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PSW, INC., d/b/a PSW BILLING,

Plaintiff,

v. C.A. 04-347T

VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,

Defendants.

RECEIVED
OCT 08 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STIPULATION

Plaintiff PSW, Inc., d/b/a PSW Billing, through its undersigned counsel, and Defendant Visa U.S.A., Inc., appearing specially through its undersigned counsel and without waiver of the defense of lack of personal jurisdiction, hereby agree that the time for defendant to answer, move or otherwise respond to the Complaint herein is hereby extended to and including November 9, 2004.

Richard A. Sinapi (JMA)
Richard A. Sinapi, Esq. (#2977)
V. Edward Formisano (#5512)
SINAPI, FORMISANO & COMPANY, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920

Counsel for Plaintiff
PSW, Inc., d/b/a PSW Billing

Jon M. Anderson
Patricia A. Sullivan (#2120)
Jon M. Anderson (#3946)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

Counsel for Defendant
Visa, U.S.A., Inc.

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE

PRV_682503_1/PSULLIVAN