UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PSW, INC., d/b/a PSW BILLING,<br><br>Plaintiff,<br><br>v.<br><br>VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,<br><br>Defendants. | : | C.A. 04-347-T |

ASSENTED-TO MOTION OF ALL DEFENDANTS TO EXTEND TIME TO RESPOND TO COMPLAINT

With the consent of Plaintiff PSW, Inc., d/b/a PSW Billing, Defendants Visa U.S.A., Inc., MasterCard International Incorporated, First Financial Bank and First Data Merchant Services Corporation, hereby respectfully request that the time for each and all of the said Defendants to answer, move or otherwise respond to the Complaint herein is extended to and including November 24, 2004. As grounds for this Motion, Defendants state that the additional time is required to prepare motions to dismiss Plaintiff's lengthy multi-count Complaint. Prior to the making of this Motion, counsel for all parties conferred and Plaintiff's counsel has indicated that he has no objection to the within Motion.

PRV_688936_1/PSULLIVAN

9

VISA, U.S.A., INC.
By its attorneys,

Patricia A. Sullivan (#2120)
Jon M. Anderson (#3946)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 (Fax)

FIRST FINANCIAL BANK and
FIRST DATA MERCHANT SERVICES
CORPORATION
By their attorneys,

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
ADLER POLLOCK & SHEEHAN
2300 Financial Plaza
Providence, RI 02903
401-274-7200
401-351-4607 (Fax)

MASTERCARD INTERNATIONAL
INCORPORATED
By its attorneys,

Joseph V. Cavanagh, Jr. (#1139)
Staci L. Kolb (#5451)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
401-831-8900
401-751-7542 (Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 3d day of November, 2004, I caused a true copy of the within Assented-to Motion to be served by first class mail, postage prepaid, to the following counsel of record:

Richard A. Sinapi, Esq. (#2977)
V. Edward Formisano (#5512)
SINAPI, FORMISANO & COMPANY, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920
401-944-9690
401-943-9040 (Fax)
Counsel for Plaintiff
PSW, Inc., d/b/a PSW Billing