**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PSW, INC. d/b/a PSW BILLING**
**Plaintiffs,**

**v.** **Civ. A. No. 04-347-T**

**VISA U.S.A, INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BAND, and FIRST DATA MERCHANT SERVICES CORPORATION,**
**Defendant,**

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants MasterCard International Incorporated hereby move that BRUCE A. COLBATH, ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

■ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: antitrust law, consumer financial services, and payment card systems

■ *Pro hac vice* counsels long-standing representation of the client, MasterCard International Incorporated.

☐ The local trial bar lacks experience in the field of:

☐ The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:

■ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows: Purchase, New York, where MasterCard is located.

17

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PSW, INC. d/b/a PSW BILLING**
**Plaintiffs,**

**v.** **Civ. A. No. 04-347-T**

**VISA U.S.A, INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,**
**Defendants,**

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants Microsoft Corporation hereby move that BRUCE A. COLBATH, ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

■ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: antitrust law, consumer financial services, and payment card systems

■ *Pro hac vice* counsels long-standing representation of the client, MasterCard International Incorporated.

☐ The local trial bar lacks experience in the field of:

☐ The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:

■ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows: Purchase, New York, where MasterCard is located.

☐ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.

☐ Other:____________________________________________

By: ________________________________
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PSW, Inc. d/b/a PSW BILLING,**

Plaintiff,

v. C.A. No. 04-347-T

**VISA U.S.A., Inc., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, AND FIRST DATA MERCHANT SERVICES CORPORATION,**

Defendants.

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State of New York and the following federal bars: United States Courts of Appeal for the Third, Sixth, Seventh, and Federal Circuits; and the United States District Courts for the Eastern District of Michigan, the Eastern District of New York, and the Southern District of New York, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(3) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

DATED: November 15, 2004

Bruce A. Colbath
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

DATED: November 22, 2004

Joseph V. Cavanagh, Jr. (R.I. Bar #1139)
BLISH & CAVANAGH LLP
Commerce Center, 30 Exchange Terrace
Providence, RI 02903
Telephone: 401-831-8900
Facsimile: 401-751-7542

**ORDER:** This motion is hereby ____________________________.

DATED: November _____, 2004

______________________________
United States District Judge

**CERTIFICATION**

I hereby certify that the ~~22nd~~ 23rd day of November, 2004, I forwarded a true copy of the within document via 1st class mail, postage prepaid, to the following parties:

Richard A. Sinapi, Esq.
V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Jay N. Fastow, Esq.
Bruce A. Colbath, Esq.
Denise L. Plunkett, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Daniel Brookin, Esq.
Randall W. Edwards, Esq.
O'Melveny & Meyers
275 Battery Street
San Francisco, CA 94111

Brian Wallach, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

John Tarrintino, Esq.
Patricia K. Rocha, Esq.
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence, RI 02903

[signature]