THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **PSW, INC., d/b/a PSW BILLING,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-347-T** |
| **VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,** **Defendants** | : | |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT UPON AN OUT OF STATE CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(e)(1) and h(1)**

Now comes the undersigned, Richard A. Sinapi, Esquire, in the above-cited matter, being duly sworn, and does hereby depose and say as follows:

1. That I am the lead attorney of record on behalf of the Plaintiff in the above-cited matter.

2. That on or about **September 15, 2004**, I caused a duplicate original of the Summons attached hereto along with the Complaint in this matter to be served by Certified Mail upon **Defendant First Financial Bank**, by and through its duly authorized agent for service, **Corporation Service Company, 1560 Broadway, Denver, CO 80202**, as evidenced by the attached letter dated **September 15, 2004** and Certified Mail Receipt Number **7178 0167 5990 0000 2723**.

3. That attached hereto and incorporated by reference is a copy of the Domestic Return Receipt, evidencing receipt of the Summons and Complaint sent certified mail, by **Defendant, First Financial Bank, Inc.,** by and through its agent for service, **Corporation Service Company, on September 17, 2004.**

[signature]
**Richard A. Sinapi, Esquire**

Subscribed and sworn to me before me on the 30th day of November, 2004.

[signature]
**NOTARY PUBLIC**
**Commission Expires:** 8-13-06



18

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO &COMPANY, LTD.**

**Dated: November 30, 2004**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**Sinapi, Formisano & Company, Ltd.**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

**CERTIFICATION**

**Patricia A. Sullivan, Esq.**
**Edwards & Angell LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

**John A. Tarantino, Esq.**
**Adler Pollack and Sheehan P.C.**
**2300 Financial Plaza**
**Providence, RI 02903**

**Joseph V. Cavanagh, Jr., Esq.**
**Blish & Cavanaugh LLP**
**30 Exchange Terrace**
**Providence, RI 02903**

I hereby certify that I mailed a copy of the within Affidavit to the above attorneys of records, regular mail, postage pre-paid on the 30th day of November, **2004.**

**F:\USERS\SINAPI\CLIENTS\PSW\Aff.Serv.First.Fin**

SINAPI
FORMISANO
& COMPANY, LTD.

ATTORNEYS AT LAW

RICHARD A. SINAPI
V. EDWARD FORMISANO

LOUISE A. HERMAN ◆▲
MICHAEL D. PUSHEE †
GREGORY A. MANCINI ▲
*of counsel*

*also member*
▲ *Massachusetts Bar*
† *Massachusetts Bar only*
◆ *New York Bar*

CERTIFIED MAIL

RE: RAS/PSW/Agent for Service

78 0167 ... 0 2723

September 15, 2004

**CERTIFIED MAIL**
Corporation Service Company
Agent for Service for First Financial Bank
1560 Broadway
Denver, CO 80202

**RE:** ***P.S.W., Inc. v. Visa USA, Inc., MasterCard International Incorporated, First Financial Bank, and First Data Merchant Services,***
**C.A. No. 04-347-T (U.S.D.C., District of Rhode Island)**

Dear Sir or Madam:

Please find enclosed a copy of the Summons and Complaint in the above cited matter, which is hereby served upon you by certified mail as Agent for Service for First Financial Bank, in accordance with Federal Rule of Civil Procedure 4(e)(1)[1] and h(1).

Very truly yours,

Richard A. Sinapi

RAS/sjl
Enclosures
cc: Client
David P. Steiner, Esq.
First Financial Bank

F:\USERS\SINAPI\CLIENTS\PSW\Ltr - Corp.serv(first.fin)

RECEIPT
7178 0167 5990 0000 2723
FROM:
Sinapi, Formisano & Coleman, L
RE: RAS/PSW/Agent for Service

SEND TO:
Corporation Service Company
Agent for Service for First Finan
1560 Broadway
Denver CO 80202

FEES:

| | |
|---|---|
| Postage | 0.37 |
| Certified Fee | 2.301 |
| Special | |
| Restricted | |
| Receipt | 1.75 |
| TOTAL | $ 4.421 |

POSTMARK OR DATE

[1] Rhode Island Superior Court Rule of Civil Procedure 4(f)(2) permits service of p corporation located outside of the state by certified mail.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PSW, Inc., d/b/a PSW Billing

V.

Visa U.S.A., Inc., MasterCard International Incorporated, First Financial Bank, and First Data Merchant Services Corporation,

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-
CA 04 347 L

TO: (Name and address of Defendant)

First Financial Bank
6200 South Quebec Street
Greenwood Village, CO 80111

Please Serve Agent for Service:
Corporation Service Company
1560 Broadway
Denver, CO 80202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Francis P. McEntee

DATE 8/16/04

(By) DEPUTY CLERK

4. Restricted Delivery?

3. Service Type

SINAPI, FORMISANO & COLEMAN, LTD.
100 MIDWAY PLACE, SUITE 1
CRANSTON, RHODE ISLAND 02920

(Extra Fee) ☐ Yes

CERTIFIED

2. Article Number

7178 0167 5990 0000 2723

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Please Print Clearly)

7178 0167 5990 0000 2723

C. Date of Delivery
SEP 17 2004

1. Article Addressed To:

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City State ZIP + 4 Code

CORPORATION SERVICE COMPANY
AGENT FOR SERVICE FOR FIRST FINANC
1560 BROADWAY
DENVER CO 80202