**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PSW, INC., d/b/a PSW BILLING,** **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-347-T** |
| | : | |
| **VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,** **Defendants** | : | |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT UPON AN OUT OF STATE CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(e)(1) and h(1)**

Now comes the undersigned, Richard A. Sinapi, Esquire, in the above-cited matter, being duly sworn, and does hereby depose and say as follows:

1. That I am the lead attorney of record on behalf of the Plaintiff in the above-cited matter.

2. That on or about **September 15, 2004**, I caused a duplicate original of the Summons attached hereto along with the Complaint in this matter to be served by Certified Mail upon **Defendant MasterCard International**, by and through its duly authorized agent for service, **The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**, as evidenced by the attached letter dated **September 15, 2004** and Certified Mail Receipt Number **7178 0167 5990 0000 2716**.

3. That attached hereto and incorporated by reference is a copy of the Domestic Return Receipt, evidencing receipt of the Summons and Complaint sent certified mail, by **Defendant MasterCard International,** by and through its agent for service, **The Corporation Trust Company, on September 20, 2004.**

**Richard A. Sinapi, Esquire**

Subscribed and sworn to me before me ~~on~~ the 30th day of November, 2004.

**NOTARY PUBLIC**
**Commission Expires:** 8-13-06



19

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO &COMPANY, LTD.**

**Dated: November 30, 2004**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**Sinapi, Formisano & Company, Ltd.**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

**CERTIFICATION**

**Patricia A. Sullivan, Esq.**
**Edwards & Angell LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

**John A. Tarantino, Esq.**
**Adler Pollack and Sheehan P.C.**
**2300 Financial Plaza**
**Providence, RI 02903**

**Joseph V. Cavanagh, Jr., Esq.**
**Blish & Cavanaugh LLP**
**30 Exchange Terrace**
**Providence, RI 02903**

I hereby certify that I mailed a copy of the within Affidavit to the above attorneys of records, regular mail, postage pre-paid on the 30th day of November, **2004.**

F:\USERS\SINAPI\CLIENTS\PSW\Aff.Serv.Master.doc

SINAPI
FORMISANO
& COMPANY, LTD.

ATTORNEYS AT LAW

RICHARD A. SINAPI
V. EDWARD FORMISANO

LOUISE A. HERMAN ♦▲
MICHAEL D. PUSHEE †
GREGORY A. MANCINI ▲
*of counsel*

*also member*
▲ *Massachusetts Bar*
† *Massachusetts Bar only*
♦ *New York Bar*

CERTIFIED MAIL

RE: RAS/PSW/Agent for Service

78 0167 0 0 2716

September 15, 2004

**CERTIFIED MAIL**
The Corporation Trust Company
Agent for Service for MasterCard International Incorporated
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**RE:** ***P.S.W., Inc. v. Visa USA, Inc., MasterCard International Incorporated, First Financial Bank, and First Data Merchant Services,***
**C.A. No. 04-347-T (U.S.D.C., District of Rhode Island)**

Dear Sir or Madam:

Please find enclosed a copy of the Summons and Complaint in the above cited matter, which is hereby served upon you by certified mail as Agent for Service for MasterCard International Incorporated, in accordance with Federal Rule of Civil Procedure 4(e)(1)[1] and h(1).

Very truly yours,

Richard A. Sinapi

RAS/sjl
Enclosures
cc: Client
David P. Steiner, Esq.
MasterCard International Incorporated

F:\USERS\SINAPI\CLIENTS\PSW\Ltr - Corp Trust Com (MasterCard) 9-14-04.doc

[1] Rhode Island Superior Court Rule of Civil Procedure 4(f)(2) permits service of proce... corporation located outside of the state by certified mail.

RECEIPT
7178 0167 5990 0000 2716
FROM:
Sinapi, Formisano & Coleman, L
RE: RAS/PSW/Agent for Service

SEND TO:
The Corporation Trust Company
Agent for Service for MasterCar
Corporation Trust Center
1209 Orange Street
Wilmington DE 19801

FEES:

| | |
|---|---|
| Postage | 0.37 |
| Certified Fee | 2.301 |
| Special | |
| Restricted | |
| Receipt | 1.75 |
| TOTAL | $ 4.421 |

POSTMARK OR DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PSW, Inc., d/b/a PSW Billing

V.

Visa U.S.A., Inc., MasterCard International Incorporated, First Financial Bank, and First Data Merchant Services Corporation,

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CA 04- 04 347 T

TO: (Name and address of Defendant)

MasterCard Inernational Incorporated
2000 Purchase Street
Purchase, NY 10577

Please Serve Agent for Service:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 8/16/04

SINAPI, FORMISANO & COLEMAN, LTD.
100 MIDWAY PLACE, SUITE 1
CRANSTON, ~~RHO~~DE ISLAND 02920

4. Restricted Delivery? (Extra Fee) ☐ Yes

3. Service Type ~~CERTIFIED~~

2. Article Number 7178 0167 5990 0000 2716

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐Addressee or ☐Agent)
X [signature]

B. Received By: (Please Print Clearly)

C. Date of Delivery
20 SEP 2004

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City State ZIP + 4 Code

7178 0167 5990 0000 2716

**1. Article Addressed To:**

THE CORPORATION TRUST COMPANY
AGENT FOR SERVICE FOR MASTERCARD I
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON DE 19801