**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PSW, INC., d/b/a PSW BILLING,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-347-T** |
| **VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,** **Defendants** | : | |

**ASSENTED-TO MOTION OF PLAINTIFF TO EXTEND TIME WITHIN WHICH TO RESPOND TO MOTIONS TO DISMISS FILED BY EACH OF THE DEFENDANTS**

With the consent of all the Defendants, Plaintiff PSW, Inc. does hereby move this Honorable Court to extend the period of time within which Plaintiff must respond to the Motions to Dismiss filed by each of the Defendants to and including January 28, 2005. As grounds therefore and in support thereof, Plaintiff states that additional time is required in light of the numerous issues raised in the various Memoranda filed by the Defendants, three (3) intervening major holidays, and the fact the Plaintiff must respond to three (3) separate Motions and Memoranda in Support. Plaintiff further states that the length of time requested is less than the extension to respond to the Complaint granted to the Defendants and approved by this Court.[1]

**WHEREFORE,** Plaintiff prays that its Assented-to Motion to Extend Time be granted.

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

**Dated: December 6, 2004**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**V. Edward Formisano, Esq. (R.I. Bar No. 5512)**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

[1] Defendants First Financial Bank and First Data Merchant Services were served on September 17, 2004. All the Defendants were provided an extension within which to answer or otherwise respond to Plaintiff's Complaint until November 24, 2004, a period of 65 days.



21

**CERTIFICATION**

**Patricia A. Sullivan, Esq.**
**Edwards & Angell LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

**John A. Tarantino, Esq.**
**Adler Pollack and Sheehan P.C.**
**2300 Financial Plaza**
**Providence, RI 02903**

**Joseph V. Cavanagh, Jr., Esq.**
**Blish & Cavanaugh LLP**
**30 Exchange Terrace**
**Providence, RI 02903**

I hereby certify that I mailed a copy of the within Motion to the above attorneys of records via regular mail, postage pre-paid on the 7 day of December, **2004.**

[signature]

**F:\USERS\SINAPI\CLIENTS\PSW\Assented-To Motion 11-30-04.doc**