**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PSW, INC., d/b/a/ PSW BILLING,<br><br>Plaintiff,<br>v.<br><br>VISA U.S.A., INC., MASTERCARD INTERNATIONAL, INC., FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES CORP.,<br><br>Defendants. | Case No. 1:04cv347(ECT) |

**DEFENDANT VISA U.S.A. INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Visa U.S.A. Inc. ("Visa U.S.A.") makes the following disclosures: Visa U.S.A. does not have a parent company. It is a member of, and has an ownership interest in, Visa International Service Association. Visa U.S.A. does not issue stock, and therefore no publicly held company owns 10 percent or more of Visa U.S.A.'s stock.

Respectfully submitted,

Patricia A. Sullivan /jma
Jon M. Anderson

Patricia A. Sullivan (#2120)
Jon M. Anderson (#3946)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (888) 325-9067

*Attorney for Defendant Visa U.S.A. Inc.*

23

OF COUNSEL:

Daniel H. Bookin
Randall W. Edwards
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Richard G. Parker
Jonathan D. Hacker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant Visa U.S.A. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of ***Visa U.S.A., Inc.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted*** was served on December 15, 2004, on the following:

**VIA FAX and FIRST-CLASS U.S. MAIL on :**

Richard A. Sinapi, Esq.
V. Edward Formisano, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707

David Paul Steiner, Esq.
David Steiner & Associates
1925 Century Park East, Suite 2350
Los Angeles, CA 90067

Jay Fastow, Esq.
Bruce Colbath, Esq.
Denise Plunkett, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Brian Wallach, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20004