UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PSW, INC., d/b/a PSW BILLING
Plaintiff(s)

v. C.A. No. 04-347T

VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCOPRORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANGE SERVICES CORPORATION
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendant Visa U.S.A., Inc. hereby moves that Daniel H. Bookin be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes: ____________
- ☒ Pro hac vice counsel's long-standing representation of the client: *I have represented Visa U.S.A. for twenty years and have specialized knowledge regarding the issues involved in the instant case.*
- ☐ The local trial bar lacks experience in the field of: ____________
- ☒ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: *Visa U.S.A. is headquartered in N.D. California and most of its witnesses and documents are located there.*
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________
- ☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- ☐ Other: ____________

Defendant
By: Patricia A. Sullivan (#2120)
Attorney for Visa U.S.A., Inc.

DATED: 1/3/05

25

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of California and the following federal district court bar(s) *D.C. Circuit; 2nd Circuit; 9th Circuit; Northern District of California; Central District of California; Eastern District of California; and Southern District of California* without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:
*Not applicable.*

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Name Daniel H. Bookin | Local Associate Counsel |
| | Patricia A. Sullivan (#2120) |
| | R.I. Bar ID# |
| O'Melveny & Myers LLP | Edwards & Angell |
| Firm Name | Firm Name |
| 275 Battery Street, 25th Floor | 2800 Financial Plaza |
| Business Address | Business Address |
| San Francisco, CA 94111-3305 | Providence, RI 02903 |
| (415) 984-8786 Tel. # / (415)984-8701 Fax # | (401)274-9200 Tel. # / (401)276-6611 Fax # |

---

ORDER: This motion is hereby ______________________ .

______________________
U.S. District Judge

Date:__________________

SF1:569703.1