**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PSW, INC., d/b/a PSW BILLING,<br><br>Plaintiff,<br><br>v.<br><br>VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION<br><br>Defendants. | ) | Case No. 04-347T |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that defendants First Data Merchant Services and First Financial Bank are both wholly owned by First Data Corporation, a publicly traded corporation.

Date: December 10, 2004

DEFENDANTS, FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES CORPORATION
By their attorneys,

[signature]

John A. Tarantino (Bar. No. 2586 )
Patricia K. Rocha (Bar No. 2793)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-351-4607

26

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2004, a true copy of the within was served via first class mail, postage prepaid, on the following counsel of record:

*Counsel for Plaintiff:*
Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

*Counsel for MasterCard International:*
Joseph V. Cavanagh, Esq.
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Jay N. Fastow, Esq.
Bruce A. Colbath, Esq.
Denise L. Plunkett, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for VISA, U.S.A., Inc.:*
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Daniel Brookin, Esq.
Randall W. Edwards, Esq.
O'Melveny & Myers
275 Battery Street
San Francisco, CA 94111

*Co-Counsel for First Financial:*
Brian Wallach, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402

Debra Hunn

*318192_1.doc*

Joseph V. Cavanagh, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765

John A. Tarantino, Esq.
Patricia K. Rocha, Esq.
Adler Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903

Jon M. Anderson (#3946)
*Attorney for Defendant Visa U.S.A., Inc.*