**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PSW, INC., d/b/a PSW BILLING | : | |
| | : | |
| v. | : | C.A. No. 04-347T |
| | : | |
| VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION | : | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants, First Financial Bank and First Data Merchant Services Corporation, hereby move that **Peter E. Moll** be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: __antitrust law, consumer financial services and payment card systems.
- Pro hac vice counsel's long-standing representation of the client:__First Financial Bank and First Data Merchant Services Corporation_.
- The local trial bar lacks experience in the field of:____________________________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ________________________ ______________________________________________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________________________________.
- Other: ____________________________________________.

Patricia K. Rocha [signature]

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

DATED: January 4, 2005

28

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of SEE ATTACHED and the following federal district court bar(s) SEE ATTACHED, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: NONE.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

**PETER E. MOLL**
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: 202-783-6965
Fax: 202-383-6610

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

---

**ORDER:** This motion is hereby ____________________.

____________________
U.S. District Judge

Date: ________________

*pro hac vice - peter moll.doc*

**Attachment A**

# PETER E. MOLL
# ADMISSIONS

| **BAR** | | **ADMITTED** |
|---|---|---|
| Massachusetts Bar | (350780) | 12/18/75 |
| District of Columbia | (231282) | 7/20/76 |
| New Jersey | (04695) | 3/1/86 |

| **COURT** | **ADMITTED** |
|---|---|
| Supreme Judicial Court, Commonwealth of MA | 12/18/72 |
| District of Columbia Court of Appeals | 7/20/76 |
| U.S. District Court for the District of Columbia | 12/1/80 |
| Supreme Court of the United States | 1/12/81 |
| U.S. Court of Appeals, D.C. Circuit | 1/30/81 |
| U.S. Court of Appeals for the Fifth Circuit | 10/14/81 |
| U.S. District Court for the N.D. of Indiana | 7/6/82 |
| U.S. Court of Appeals for the Third Circuit | 10/31/83 |
| U.S. Court of Appeals for the Ninth Circuit | 7/21/88 |
| U.S. Court of Appeals for the Eighth Circuit | 12/5/88 |
| U.S. District Court for the N.D. of California | 8/25/92 |
| U.S. Court of Appeals for the Second Circuit | 1/20/95 |
| U.S. Court of Appeals for the Fourth Circuit | 11/4/99 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January, 2005, a true copy of the within was served via first class mail, postage prepaid, on the following counsel of record:

*Counsel for Plaintiff:*
Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

*Counsel for MasterCard International:*
Joseph V. Cavanagh, Esq.
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Jay N. Fastow, Esq.
Bruce A. Colbath, Esq.
Denise L. Plunkett, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for VISA, U.S.A., Inc.:*
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Daniel Brookin, Esq.
Randall W. Edwards, Esq.
O'Melveny & Myers
275 Battery Street
San Francisco, CA 94111

*Co-Counsel for First Financial:*
Brian Wallach, Esq.
Peter Moll, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402

Debra Hunn