THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PSW, INC., d/b/a PSW BILLING,
Plaintiff,

v.

C.A. No. 04-347-T

VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,
Defendants

**ASSENTED-TO MOTION OF PLAINTIFF TO FILE COMBINED MEMORANDUM OF LAW IN OPPOSITION TO VISA U.S.A., INC.'S AND MASTERCARD INTERNATIONAL INCORPORATED'S MOTIONS TO DISMISS**

FILED
2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

With the consent of all the Defendants, Plaintiff PSW, Inc. does hereby move this Honorable Court to file a combined Memorandum of Law in opposition to Visa U.S.A., Inc.'s and Mastercard International Incorporated's Motions To Dismiss, not to exceed the combined page limit of separate memos of law (i.e. a total of 40 pages) permitted under local rules. As grounds therefore and in support thereof, Plaintiff states that the filing of a combined memorandum of law would avoid needless duplication in its response and facilitate an efficient determination of the matter by the Court.[1]

**WHEREFORE,** Plaintiff prays that its Assented-to Motion to File Combined Memorandum of Law in Opposition to Visa U.S.A., Inc.'s and Mastercard International Incorporated's Motions to Dismiss be granted.

PLAINTIFF,
By its attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

Dated: January 14, 2005

DENIED
Ernest C. Torres

Ernest C. Torres
Chief, US District Judge
1-25-05

Richard A. Sinapi, Esq. (R.I. Bar No. 2977)
V. Edward Formisano, Esq. (R.I. Bar No. 5512)
100 Midway Place, Suite 1
Cranston, RI 02920
Telephone: (401) 944-9690
Fax: (401) 943-9040

[1] Plaintiff would note that the Memoranda of Law filed by Defendants Visa and MasterCard each refer to and incorporate arguments and material in the other party's Memorandum of Law, which essentially doubled the maximum page limit devoted to their various contentions, and makes a combined Memorandum of Law a more efficient and effective format in which to respond.



37

**CERTIFICATION**

**Patricia A. Sullivan, Esq.**
**Edwards & Angell LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

**John A. Tarantino, Esq.**
**Adler Pollack and Sheehan P.C.**
**2300 Financial Plaza**
**Providence, RI 02903**

**Joseph V. Cavanagh, Jr., Esq.**
**Blish & Cavanaugh LLP**
**30 Exchange Terrace**
**Providence, RI 02903**

I hereby certify that I mailed a copy of the within Motion to the above attorneys of records via regular mail, postage pre-paid on the 14 day of January, **2005.**

[signature]

**\\SERVER\SYS\USERS\SINAPI\CLIENTS\PSW\Motion.combined.memo.doc**