FILED
FEB 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PSW, INC. d/b/a PSW BILLING
Plaintiffs,

v. Civ. A. No. 04-347-T

VISA U.S.A, INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BAND, and FIRST DATA MERCHANT SERVICES CORPORATION,
Defendant,

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant MasterCard International Incorporated hereby moves that DENISE PLUNKETT, ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ■ The case involves the following complex areas of the law, in which *pro hac vice* counsel specializes: consumer financial services, and payment card systems.
- ■ *Pro hac vice* counsel's long-standing representation of the client, MasterCard International Incorporated.
- ☐ The local trial bar lacks experience in the field of:
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:
- ■ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows: Purchase, New York, where MasterCard International Incorporated is located.

45

☒ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.

☐ Other:__________________________________________________

By: ___________________________________

Attorney for Defendant

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

1. I certify that I am a member in good standing of the bar of the State of New York, the Commonwealth of Massachusetts, the First Circuit Court of Appeals, and the United States Court for the Eastern District of New York and the Southern District of New York, and the United States District Court for the District of Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am not currently admitted in any cases in this District. Other than the present case, I have not within the preceding 24 months applied to be admitted in any cases in this District.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Denise Plunkett
Denise Plunkett, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Joseph V. Cavanagh/SLK
Staci L. Kolb
Joseph V. Cavanagh, Jr. #1139
Staci L. Kolb #5451
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401 ) 751-7542

---

ORDER:

This Motion is hereby Denied

Ernest C. Torres
United States District Judge
Date: 2/8/05

# CERTIFICATION

I hereby certify that the 3rd day of February, 2005, I forwarded a true copy of the within document via 1st class mail, postage prepaid, to the following parties:

Richard A. Sinapi, Esq.
V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Jay N. Fastow, Esq.
Bruce A. Colbath, Esq.
Denise L. Plunkett, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Daniel Bookin, Esq.
Randall W. Edwards, Esq.
O'Melveny & Meyers
275 Battery Street
San Francisco, CA 94111

Brian Wallach, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

John Tarantino, Esq.
Patricia K. Rocha, Esq.
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence, RI 02903

Deborah J. King