UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PSW, INC., d/b/a PSW BILLING | : | |
| | : | |
| v. | : | C.A. No. 04-347T |
| | : | |
| VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION | : | |

**ENTRY OF APPEARANCE**

Victoria M. Almeida of Adler Pollock & Sheehan P.C. hereby enters her appearance on behalf of the Defendants, First Financial Bank and First Data Merchant Services Corporation.

Dated: February 9, 2005

DEFENDANTS, FIRST FINANCIAL BANK AND
FIRST DATA MERCHANT SERVICES
CORPORATION
By their Attorneys,

VICTORIA M. ALMEIDA, #1755
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

48

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2005, a true copy of the within was served via first class mail, postage prepaid, on the following counsel of record:

*Counsel for Plaintiff:*
Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

*Counsel for MasterCard International:*
Joseph V. Cavanagh, Esq.
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Jay N. Fastow, Esq.
Bruce A. Colbath, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for VISA, U.S.A., Inc.:*
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Daniel Brookin, Esq.
Randall W. Edwards, Esq.
O'Melveny & Myers
275 Battery Street
San Francisco, CA 94111

*Co-Counsel for First Financial:*
Brian Wallach, Esq.
Peter Moll, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402

Debra L. Kubarchi [signature]

*323760_1.doc*