**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PSW, INC., d/b/a PSW BILLING,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-347-T** |
| **VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,** **Defendants** | : | |

**AFFIDAVIT OF SERVICE OF FIRST AMENDED COMPLAINT UPON THE RHODE ISLAND ATTORNEY GENERAL PURSUANT TO R.I.G.L. §6-36-21**

Now comes the undersigned, Richard A. Sinapi, Esq., in the above-cited matter, being duly sworn, and does hereby depose and say as follows:

1. That I am the lead attorney of record on behalf of the Plaintiff in the above-cited matter.
2. That on or about **April 6, 2005**, I caused a copy of the First Amended Complaint filed in this matter to be served by regular mail upon Patrick C. Lynch, Esq., Attorney General, State of Rhode Island, 150 South Main Street, Providence, RI 02903, as required pursuant to R.I.G.L. §6-36-21, insofar as a claim has been asserted therein under the Rhode Island Antitrust Act, R.I.G.L. §6-36-1, *et seq.*

**Richard A. Sinapi, Esquire**

Subscribed and sworn to me before me on the 6 , ~~day of~~ **April, 2005**.

**NOTARY PUBLIC**
**Commission Expires:** 11/24/07



52

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO &COMPANY, LTD.**

Dated: April 6, 2005

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**Sinapi, Formisano & Company, Ltd.**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

**CERTIFICATION**

**Patricia A. Sullivan, Esq.**
**Edwards & Angell LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

**John A. Tarantino, Esq.**
**Adler Pollack and Sheehan P.C.**
**One Citizens Plaza, 8th Floor**
**Providence, RI 02903**

**Joseph V. Cavanagh, Jr., Esq.**
**Blish & Cavanaugh LLP**
**30 Exchange Terrace**
**Providence, RI 02903**

I hereby certify that I caused the within Affidavit to be served upon the above described attorneys of record on the 6 day of **April, 2005.**

F:\USERS\SINAPI\CLIENTS\PSW\Aff.Serv.Master.doc