UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PSW, INC., d/b/a/ PSW BILLING,

Plaintiff,

v.

VISA U.S.A., INC., MASTERCARD INTERNATIONAL, INC., FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES CORP.,

Defendants.

C.A. No. 04-347-T

RECEIVED APR 1? 2005

**STIPULATION AND JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE WITH RESPECT TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

Plaintiff PSW, Inc. d/b/a PSW Billing ("Plaintiff) and Defendants Visa U.S.A., Inc., MasterCard International, Inc., First Financial Bank and First Data Merchant Services Corp. ("Defendants") hereby agree to, and respectfully request that this Court approve, the following briefing schedule for Defendants' Motions to Dismiss the Amended Complaint served by Plaintiff on April 6, 2005:

| | | |
|---|---|---|
| Defendants' Memoranda of Law in Support of Motions to Dismiss[1] | May 20, 2005 | (30-day extension) |
| Plaintiff's Oppositions to Motions to Dismiss[2] | June 30, 2005 | (40 days from Motions) |
| Defendants' Reply Memoranda | July 15, 2005 | (10 days from Oppositions) |

Respectfully submitted,

[1] The parties believe that this thirty day extension by Stipulation does not require approval of this Court pursuant to Local Rule 22(a). However, the balance of the relief sought by this Joint Motion of the parties clearly does require approval of the Court. Therefore, the parties respectfully submit this proposal as both a Stipulation and Joint Motion.

[2] Plaintiff's request for additional time arises because it will be preparing Oppositions to three separate Motions to Dismiss.

54

Richard A. Sinapi, Esq. (#2977)
V. Edward Formisano (#5512)
SINAPI, FORMISANO & COMPANY, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920
401-944-9690
401-943-9040 (Fax)

Attorneys for Plaintiff:
PSW, INC., D/B/A PSW BILLING

Patricia A. Sullivan (#2120)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
401-276-6611 (Fax)

Attorneys for Defendant:
VISA U.S.A., INC.

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
ADLER POLLOCK & SHEEHAN
2300 Financial Plaza
Providence, RI 02903
401-274-7200
401-351-4607 (Fax)

Attorneys for Defendants:
FIRST FINANCIAL BANK and
FIRST DATA MERCHANT
SERVICES CORPORATION

Joseph V. Cavanagh, Jr. (#1139)
Staci L. Kolb (#5451)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
401-831-8900
401-751-7542 (Fax)

Attorneys for Defendant:
MASTERCARD INTERNATIONAL
INCORPORATED

**APPROVAL OF THE COURT**

ENTER:

BY ORDER:

Dated: 4/19/05

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2005, a true and correct copy of *Stipulation And Joint Motion To Establish Briefing Schedule With Respect To Defendants' Motions To Dismiss The Amended Complaint* was sent via facsimile and first-class mail, postage prepaid to the following parties:

Richard A. Sinapi, Esq.
V. Edward Formisano, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707

David Paul Steiner, Esq.
David Steiner & Associates
1925 Century Park East, Suite 2350
Los Angeles, CA 90067

Jay Fastow, Esq.
Bruce Colbath, Esq.
Denise Plunkett, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Brian Wallach, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Joseph V. Cavanagh, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765

John A. Tarantino, Esq.
Patricia K. Rocha, Esq.
Adler Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903

Patricia A. Sullivan #2120
*Attorney for Defendant Visa U.S.A., Inc.*