UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PSW, INC. d/b/a PSW BILLING
Plaintiffs,

v. Civ. A. No. 04-347-T

VISA U.S.A, INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,
Defendants,

**DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Defendant MasterCard International Incorporated ("MasterCard") hereby moves this Court for leave to exceed the page limitation by an additional ten pages with respect to its Memorandum of Law in Support of its Motion to Dismiss Plaintiff's First Amended Complaint. In support of this Motion, MasterCard hereby states that it is necessary to exceed the limitation given the additional first amendment claim added to the complaint by plaintiff, as well as the directive from this Court that the parties refrain from incorporating by reference each other's arguments. MasterCard further states that these additional pages should be helpful and informative to both this Court and the plaintiff.

**WHEREFORE,** MasterCard respectfully requests that this Court grant its Motion for Leave to Exceed Page Limitations.

55

MASTERCARD INTERNATIONAL INCORPORATED

Joseph V. Cavanagh, Jr (SLK)
Staci L Kolb

Joseph V. Cavanagh, Jr. #1139
Staci L, Kolb #5451
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

ATTORNEYS FOR DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED

**CERTIFICATION**

I hereby certify that the 5TH day of May, 2005, I forwarded a true copy of the within document via 1st class mail, postage prepaid, to the following parties:

Richard A. Sinapi, Esq.
V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Jay N. Fastow, Esq.
Bruce A. Colbath, Esq.
Denise L. Plunkett, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Daniel Bookin, Esq.
Randall W. Edwards, Esq.
O'Melveny & Meyers
275 Battery Street
San Francisco, CA 94111

Brian Wallach, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

John Tarrintino, Esq.
Patricia K. Rocha, Esq.
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence, RI 02903

Cynthia Dragon