UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PSW, INC., d/b/a/ PSW BILLING,<br><br>Plaintiff,<br>v.<br><br>VISA U.S.A., INC., MASTERCARD INTERNATIONAL, INC., FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES CORP.,<br><br>Defendants. | C.A. No. 04-347-T |

**VISA U.S.A. INC.'S MOTION TO EXTEND PAGE LIMIT**

Defendant Visa U.S.A. Inc. ("Visa") hereby moves this Court for leave exceed the page limitation by an additional ten pages with respect to its Memorandum of Law in Support of its Motion to Dismiss Plaintiff's First Amended Complaint.

In support of this Motion, Visa states that it is necessary to exceed the limitation because its Memorandum will need to address again the claims from the original Complaint, which have been edited but otherwise are substantially the same,[1] as well as to address the new First Amendment claim. In making this Motion, Visa is mindful of the directive from this Court that the parties refrain from incorporating by reference each other's arguments. Visa further states that these additional pages should be helpful and informative to both this Court and the plaintiff. Finally, Visa respectfully states that its Memorandum will be addressing similar issues (though from its perspective) to those that will be addressed in the Memorandum of defendant

[1] The only cause of action deleted from the Amended Complaint is the Count based on the Robinson Patman Act. Otherwise, it contains all of the original claims. Moreover, while the original complaint was thirty-eight pages and 163 paragraphs, the Amended Complaint has grown to forty pages and 191 paragraphs, including the novel Count based on Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).

57

MasterCard International, Inc., as to which this Court recently approved an extension of the page limit for the same reasons as are set forth in this Motion.

WHEREFORE, Visa U.S.A., Inc. respectfully requests that this Court grant its motion for Leave to Exceed Page limitation.

Respectfully submitted,

Patricia A. Sullivan #2120
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (888) 325-9067

Daniel H. Bookin
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Jonathan D. Hacker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorney for Defendant Visa U.S.A., Inc.*

*OF COUNSEL*

Randall W. Edwards
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*OF COUNSEL:*

Richard G. Parker
Matthew R. Cosgrove

Nikhil M. Shanbhag
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant Visa U.S.A., Inc.*

DATED: May 11, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on May , 2005, a true and correct copy of *Visa U.S.A., Inc.'s MOTION TO EXTEND PAGE LIMIT* was sent via facsimile and first-class mail, postage prepaid to the following parties:

Richard A. Sinapi, Esq.
V. Edward Formisano, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707

David Paul Steiner, Esq.
David Steiner & Associates
1925 Century Park East, Suite 2350
Los Angeles, CA 90067

Jay Fastow, Esq.
Bruce Colbath, Esq.
Denise Plunkett, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Brian Wallach, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Joseph V. Cavanagh, Esq.
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765

John A. Tarantino, Esq.
Patricia K. Rocha, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Patricia A. Sullivan #2120
*Attorney for Defendant Visa U.S.A., Inc.*



PRV_730205_1/PSULLIVAN