**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PSW, Inc. d/b/a PSW BILLING,<br><br>Plaintiff,<br><br>v.<br><br>VISA U.S.A., Inc., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, AND FIRST DATA MERCHANT SERVICES CORPORATION,<br><br>Defendants. | Civ. A. No. 04-347-T (ECT) |

**DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED'S AMENDED DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant MasterCard International Incorporated ("MasterCard International") certifies the following:

1. MasterCard International is a Delaware membership corporation that does not issue capital stock, and is a wholly-owned subsidiary of MasterCard Incorporated ("MasterCard").

2. MasterCard does not have a parent corporation.

3. JPMorgan Chase & Co., through its wholly owned subsidiaries, Chase Manhattan Bank USA, N.A., and JPMorgan Chase Bank, N.A., currently owns or holds 10% or more of MasterCard stock.

4. No other public corporation owns or holds 10% or more of MasterCard's stock.

Dated: May 20, 2005

By: Joseph V. Cavanagh (mcd)
Staci L. Kolb (mcd)

JOSEPH V. CAVANAGH, JR. (#1139)
STACI L. KOLB (#5451)
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

JAY N. FASTOW (*pro hac vice*)
BRUCE A. COLBATH (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

ATTORNEYS FOR DEFENDANT
MASTERCARD INTERNATIONAL
INCORPORATED

# CERTIFICATION

I hereby certify that the 20th day of May, 2005, I forwarded a true copy of the within document via 1st class mail, postage prepaid, unless otherwise indicated, to the following parties:

Richard A. Sinapi, Esq.
V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Jay N. Fastow, Esq.
Bruce A. Colbath, Esq.
Denise L. Plunkett, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Avenue
New York, NY 10153

John Tarantino, Esq.
Patricia K. Rocha, Esq.
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence, RI 02903

Daniel Bookin, Esq.
Randall W. Edwards, Esq.
O'Melveny & Meyers
275 Battery Street
San Francisco, CA 94111

Brian Wallach, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Cynthia Dragon