**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PSW, INC., d/b/a PSW BILLING,**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-347-T** |
| **VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,**<br>**Defendants** | : | |

**PLAINTIFF'S OBJECTION TO VISA U.S.A., INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Now comes the Plaintiff PSW, Inc. in the above-cited matter and does hereby object to Defendant Visa U.S.A., Inc.'s Motion to Dismiss the First Amended Complaint, and as grounds therefore and in support thereof relies on its Memorandum of Law filed simultaneously herewith.

**WHEREFORE,** Plaintiff prays that Defendant Visa U.S.A., Inc.'s Motion to Dismiss the First Amended Complaint be denied.

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

**Dated: July 7, 2005**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**V. Edward Formisano, Esq. (R.I. Bar No. 5512)**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

**CERTIFICATION**

**Patricia A. Sullivan, Esq.**
**Edwards & Angell LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

**John A. Tarantino, Esq.**
**Adler Pollack and Sheehan P.C.**
**One Citizens Plaza, 8th Floor**
**Providence, RI 02903**

**Joseph V. Cavanagh, Jr., Esq.**
**Blish & Cavanaugh LLP**
**30 Exchange Terrace**
**Providence, RI 02903**

I hereby certify that I mailed a copy of the within Objection to the above attorneys of records via regular mail, postage pre-paid on the 7th day of July, **2005.**

Ruthann Trent

**F:\USERS\SINAPI\CLIENTS\PSW\Obj.Visa.doc**