UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PSW, INC. d/b/a PSW BILLING,<br>Plaintiff,<br><br>v.<br><br>VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, AND FIRST DATA MERCHANT SERVICES CORPORATION,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 04-347T |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

David L. Martin
United States Magistrate Judge
August 18, 2005

BY ORDER:

Deputy Clerk