UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PSW, INC. d/b/a PSW BILLING :
:
v. : C.A. No. 04-347T
:
VISA, USA, INC., et al. :

**ORDER**

This matter is scheduled for hearing on November 2, 2005 regarding Defendants' pending Motions to Dismiss Plaintiff's Amended Complaint. The Court has reviewed Plaintiff's Amended Complaint in detail and has thoroughly reviewed the parties' legal memoranda filed in support and opposition. Thus, counsel need not reiterate their written submissions at the hearing.

The Court will hear argument on the pending Motions as follows:

1. VISA, USA, Inc. – Maximum of twenty minutes
2. Mastercard International, Inc. – Maximum of twenty minutes
3. PSW, Inc. – Maximum of twenty minutes
4. First Financial Bank / First Data Merchant Services Corp. – Maximum of twenty minutes total
5. PSW, Inc. – Maximum of twenty minutes.

SO ORDERED.

LINCOLN D. ALMOND
United States Magistrate Judge
October 28, 2005