UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PSW, INC., d/b/a PSW
BILLING

v.  CA No. 04-347-T

VISA U.S.A., INC., et al.

## ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTIONS TO DISMISS

Defendants' motions to dismiss Counts 1, 2, 3, 4, 6, 9, 10 and 11 are hereby GRANTED and these counts are dismissed as to all defendants. Defendants' motions to dismiss Counts 5, 7 and 8 are hereby DENIED as to all defendants.

By Order

/s/ illegible
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: February 28, 2006