**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PSW, INC., d/b/a PSW BILLING,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-347-T** |
| **VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,** **Defendants** | : | |

**NOTICE OF FILING OF PETITION FOR APPOINTMENT OF A RECEIVER**

Now comes the Plaintiff, PSW, Inc., in the above-cited matter and does hereby provide notice on the record to the Court and all parties of the filing of a voluntary Petition for Appointment of a Receiver in the Providence County Superior Court on **March 6, 2006** in a matter entitled "***John Lombardi v. P.S.W., Inc.*, P.M. No. 06-1311,"** wherein said court, Judge Michael A. Silverstein presiding, appointed as **Receiver for Plaintiff PSW, Inc. Allan M. Shine, Esq., Winograd, Shine & Zacks, P.C., 123 Dyer Street, Providence, RI 02903** Kindly include the Receiver on the notice list for all further Court notices and orders or pleadings filed by the parties. A petition for engagement of counsel to represent the interests of the Receiver in the within matter has or will soon be filed in **P.M. No. 06-1311**.

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

**Dated: March 14, 2006**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**V. Edward Formisano, Esq. (R.I. Bar No. 5512)**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

**CERTIFICATION**

**Patricia A. Sullivan, Esq.**
**Edwards & Angell LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

**John A. Tarantino, Esq.**
**Adler Pollack and Sheehan P.C.**
**One Citizens Plaza, 8th Floor**
**Providence, RI 02903**

**Joseph V. Cavanagh, Jr., Esq.**
**Blish & Cavanaugh LLP**
**30 Exchange Terrace**
**Providence, RI 02903**

**Allan M. Shine, Esq.,**
**Receiver of PSW, Inc.**
**Winograd, Shine & Zacks, P.C.,**
**123 Dyer Street,**
**Providence, RI 02903**

I hereby certify that I caused the within document to be served upon the above on the 15 day of March, **2006.**

Jessica A. Paiva