**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PSW, Inc. d/b/a PSW BILLING,<br>Plaintiff, | : | |
| v. | : | Civ. A. No. 04-347-T (ECT) |
| VISA U.S.A., Inc., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, AND FIRST DATA MERCHANT SERVICES CORPORATION,<br>Defendants. | : | |

**DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant MasterCard International Incorporated ("MasterCard"), by its undersigned attorneys, hereby answers plaintiff's First Amended Complaint ("FAC") as follows:

MasterCard denies all allegations contained in section headings or other portions of the FAC that are not contained within the specifically numbered paragraphs of the FAC. Unless otherwise specifically noted, MasterCard lacks knowledge or information sufficient to admit or deny the truth of allegations concerning persons other than MasterCard and denies all such allegations on that basis; to the extent that the FAC contains such allegations concerning persons other than MasterCard, MasterCard denies that they support any claim for relief against MasterCard. MasterCard further objects to responding to any legal conclusions asserted within the FAC. Additionally, plaintiff frequently attempts to cite to *United States v. Visa, U.S.A., Inc.*, 163 F. Supp. 2d 322, 333 (S.D.N.Y. 2001) ("*Visa*"), *aff'd* 344 F.3d 229 (2d Cir. 2003) as purported support for its assertions. These citations are unclear and ambiguous to the extent they purport to assert legal conclusions or elaborate on the facts alleged.

1. MasterCard admits that plaintiff purports to bring this action seeking declaratory relief and compensatory, punitive, and treble damages, as well as attorney's fees, for alleged violations of federal and state antitrust laws and the First Amendment to the United States Constitution, as well as seven state common-law claims. MasterCard denies that it has committed any wrongdoing or violation of law, and further denies that plaintiff is entitled to any relief. MasterCard further states that by order dated February 28, 2006, the Court dismissed eight counts of plaintiff's FAC, including all antitrust claims, the First Amendment claim, the breach of the covenant of good faith and fair dealing claim, the tortious interference with prospective economic advantage claim, the conversion claim, and the embezzlement claim.

2. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the FAC, and therefore denies the same.

3. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the FAC, and therefore denies the same.

4. MasterCard states that it is a Delaware membership corporation whose membership includes approximately 23,000 financial institutions. MasterCard is a wholly-owned subsidiary of MasterCard Incorporated, a Delaware private stock corporation whose shareholders include the approximately 1,500 principal members of MasterCard. MasterCard further admits that it maintains its principal place of business in Purchase, New York and transacts business in this judicial district. Further answering, MasterCard states that it operates a global payment card network. MasterCard denies the remaining allegations of paragraph 4 of the FAC.

5. MasterCard lacks knowledge or information sufficient to form a belief as to the

truth of the allegations in paragraph 5 of the FAC, and therefore denies the same.

6. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the FAC, and therefore denies the same.

7. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the FAC, and therefore denies the same.

8. Paragraph 8 of the FAC asserts legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard further denies all allegations of wrongdoing or violations of law and that plaintiff is entitled to any recovery. MasterCard further states that the Court has dismissed plaintiff's antitrust claims.

9. MasterCard denies the allegations pertaining to it in paragraph 9 of the FAC. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. To the extent the allegations of paragraph 9 of the FAC pertain to entities other than MasterCard, MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

10. MasterCard admits that it is one of the four major operators of payment card network systems, and that the other three major operators are Visa, American Express, and Discover.

11. MasterCard states that it is a Delaware membership corporation whose membership includes approximately 23,000 financial institutions. MasterCard is a wholly-owned subsidiary of MasterCard Incorporated, a Delaware private stock corporation whose shareholders include the approximately 1,500 principal members of MasterCard. Subject to the terms and conditions of MasterCard's Bylaws and Rules, there is no limit to the number of

financial institutions that may become members of MasterCard. MasterCard denies the remaining allegations pertaining to it of paragraph 11 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 11 of the FAC, and therefore denies the same.

12. MasterCard denies the allegations pertaining to it in paragraph 12 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 12 of the FAC, and therefore denies the same.

13. MasterCard admits that the members of MasterCard may function either as "issuers" or "acquirers" or both. MasterCard further admits that an "issuer" issues MasterCard-branded payment cards to cardholders, and an "acquirer" contracts with merchants from which it acquires transactions effected with MasterCard-branded payment cards. MasterCard denies the remaining allegations pertaining to it in paragraph 13 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 13 of the FAC, and therefore denies the same.

14. MasterCard denies the allegations pertaining to it in paragraph 14 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 14 of the FAC, and therefore denies the same.

15. MasterCard admits that a member of MasterCard may also be a member of Visa, and that banks that issue MasterCard-branded credit cards may also issue Visa-branded credit cards. MasterCard denies the remaining allegations pertaining to it in paragraph 15 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 15 of the FAC, and therefore denies the same.

16. MasterCard denies the allegations pertaining to it in paragraph 16 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 16 of the FAC, and therefore denies the same.

17. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the FAC, and therefore denies the same.

18. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the FAC, and therefore denies the same.

19. MasterCard admits that PSW accepted MasterCard-branded payment cards. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 19 of the FAC, and therefore denies the same.

20. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the FAC, and therefore denies the same.

21. MasterCard denies the allegations in paragraph 21 of the FAC.

22. MasterCard denies all allegations in the first three sentences of paragraph 22 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 22 of the FAC, and therefore denies the same.

23. MasterCard admits that FFB is a member of MasterCard that at times acquired transactions from PSW. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 23 of the FAC, and therefore denies the same.

24. MasterCard denies the allegations in paragraph 24 of the FAC.

25. MasterCard denies that FDMS "was duly authorized [by MasterCard] to act as an

agent of or in conjunction with FFB in performing authorization, processing, and credit card settlement services for merchants such as PSW pursuant to Merchant Agreements." MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 25 of the FAC, and therefore denies the same.

26. MasterCard states that it has bylaws and rules applicable to its member financial institutions, by which the member institutions, such as FFB, agree to abide. MasterCard denies the remaining allegations pertaining to it in paragraph 26 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 26 of the FAC, and therefore denies the same.

27. MasterCard denies the allegations pertaining to it in paragraph 27 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 27 of the FAC, and therefore denies the same.

28. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the FAC, and therefore denies the same.

29. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the FAC, and therefore denies the same.

30. MasterCard denies the allegations pertaining to it in paragraph 30 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 30 of the FAC, and therefore denies the same.

31. MasterCard denies the allegations in paragraph 31 of the FAC.

32. MasterCard denies the allegations in paragraph 32 of the FAC.

33. MasterCard denies the allegations in paragraph 33 of the FAC.

34. MasterCard denies the allegations pertaining to it in paragraph 34 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 34 of the FAC, and therefore denies the same.

35. MasterCard admits that some acquiring banks contract with entities that provide processing services for payment card transactions. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 35 of the FAC, and therefore denies the same.

36. MasterCard denies the allegations pertaining to it in paragraph 36 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 36 of the FAC, and therefore denies the same.

37. MasterCard denies the allegations pertaining to it in paragraph 37 of the FAC, except that, with respect to the third sentence of paragraph 37 of the FAC, MasterCard admits that it promulgates bylaws and rules applicable to its members. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 37 of the FAC, and therefore denies the same.

38. MasterCard states that in a typical MasterCard-branded credit card purchase transaction, after a cardholder purchases goods or services from a merchant using a MasterCard-branded payment card, the acquirer pays the merchant the face value of the transaction minus a merchant discount fee. The transaction is then forwarded to the purchasing cardholder's card issuer, which reimburses the acquirer for the face value of the transaction minus the interchange fee, and then bills the cardholder for the purchase. MasterCard denies the remaining allegations pertaining to it in paragraph 38 of the FAC. MasterCard lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in paragraph 38 of the FAC, and therefore denies the same.

39. MasterCard states that certain types of "general purpose cards" issued bearing the MasterCard brand name are accepted at merchants around the world. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 39 of the FAC, and therefore denies the same.

40. MasterCard denies the allegations pertaining to it in paragraph 40 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 40 of the FAC, and therefore denies the same.

41. MasterCard denies the allegations of paragraph 41 of the FAC which purport to allege a relevant market in which MasterCard allegedly participates. To the extent plaintiff purports to cite *Visa*, 163 F. Supp. 2d at 341, to either establish or support allegations of relevant market or market power, MasterCard denies all such allegations and denies the remaining allegations pertaining to it in paragraph 41 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 41 of the FAC, and therefore denies the same.

42. MasterCard denies the allegations pertaining to it in paragraph 42 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 42 of the FAC, and therefore denies the same.

43. MasterCard denies the allegations pertaining to it in paragraph 43 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 43 of the FAC, and therefore denies the same.

44. MasterCard denies the allegations pertaining to it in paragraph 44 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 44 of the FAC, and therefore denies the same.

45. MasterCard denies the allegations pertaining to it of paragraph 45 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 45 of the FAC, and therefore denies the same.

46. MasterCard denies the allegations pertaining to it of paragraph 46 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 46 of the FAC, and therefore denies the same.

47. MasterCard denies the allegations pertaining to it of paragraph 47 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 47 of the FAC, and therefore denies the same.

48. MasterCard denies the allegations pertaining to it of paragraph 48 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 48 of the FAC, and therefore denies the same.

49. MasterCard denies the allegations pertaining to it in paragraph 49 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 49 of the FAC, and therefore denies the same.

50. MasterCard denies the allegations pertaining to it in paragraph 50 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 50 of the FAC, and therefore denies the same.

51. MasterCard states that in accordance with its bylaws and rules, transactions may

be charged back from the issuer to the acquirer in situations where, *inter alia*, the transaction was not authorized by the cardholder. MasterCard denies the remaining allegations pertaining to it in paragraph 51 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 51 of the FAC, and therefore denies the same.

52. MasterCard states that transactions charged back from the issuer to the acquirer are known as "chargebacks." MasterCard denies the remaining allegations pertaining to it of paragraph 52 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 52 of the FAC, and therefore denies the same.

53. MasterCard denies the allegations pertaining to it in paragraph 53 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 53 of the FAC, and therefore denies the same.

54. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 of the FAC, and therefore denies the same.

55. MasterCard denies the allegations pertaining to it in paragraph 55 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 55 of the FAC, and therefore denies the same.

56. MasterCard denies the allegations in paragraph 56 of the FAC.

57. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 of the FAC, and therefore denies the same.

58. MasterCard denies the allegations pertaining to it in paragraph 58 of the FAC.

MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 58 of the FAC, and therefore denies the same.

59. MasterCard denies the allegations pertaining to it in paragraph 59 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 59 of the FAC, and therefore denies the same.

60. MasterCard denies the allegations in paragraph 60 of the FAC.

61. MasterCard denies the allegations pertaining to it in paragraph 61 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 61 of the FAC, and therefore denies the same.

62. MasterCard denies the allegations pertaining to it in paragraph 62 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 62 of the FAC, and therefore denies the same.

63. MasterCard denies the allegations pertaining to it in paragraph 63 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 63 of the FAC, and therefore denies the same.

64. MasterCard denies the allegations pertaining to it in paragraph 64 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 64 of the FAC, and therefore denies the same.

65. MasterCard denies the allegations pertaining to it in paragraph 65 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 65 of the FAC, and therefore denies the same.

66. MasterCard denies the allegations in paragraph 66 of the FAC.

67. MasterCard denies the allegations pertaining to it in paragraph 67 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 67 of the FAC, and therefore denies the same.

68. MasterCard denies the allegations pertaining to it in paragraph 68 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 68 of the FAC, and therefore denies the same.

69. MasterCard denies the allegations pertaining to it in paragraph 69 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 69 of the FAC, and therefore denies the same.

70. MasterCard denies the allegations pertaining to it in paragraph 70 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 70 of the FAC, and therefore denies the same.

71. MasterCard denies the allegations pertaining to it in paragraph 71 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 71 of the FAC, and therefore denies the same.

72. MasterCard denies the allegations pertaining to it in paragraph 72 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 72 of the FAC, and therefore denies the same.

73. MasterCard denies the allegations pertaining to it in paragraph 73 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 73 of the FAC, and therefore denies the same.

74. MasterCard denies the allegations pertaining to it in paragraph 74 of the FAC.

MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 74 of the FAC, and therefore denies the same.

75. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the FAC, and therefore denies the same.

76. MasterCard denies the allegations pertaining to it in paragraph 76 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 76 of the FAC, and therefore denies the same.

77. MasterCard denies the allegations in paragraph 77 of the FAC.

78. MasterCard denies the allegations in paragraph 78 of the FAC.

79. MasterCard denies the allegations pertaining to it in paragraph 79 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 79 of the FAC, and therefore denies the same.

80. MasterCard denies the allegations in paragraph 80 of the FAC.

81. MasterCard denies the allegations pertaining to it in paragraph 81 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 81 of the FAC, and therefore denies the same.

82. MasterCard denies the allegations in paragraph 82 of the FAC.

83. MasterCard denies the allegations pertaining to it in paragraph 83 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 83 of the FAC, and therefore denies the same.

84. MasterCard denies the allegations pertaining to it in paragraph 84 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the

remaining allegations in paragraph 84 of the FAC, and therefore denies the same.

85. MasterCard denies the allegations pertaining to it in paragraph 85 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 85 of the FAC, and therefore denies the same.

86. MasterCard denies the allegations pertaining to it in paragraph 86 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 86 of the FAC, and therefore denies the same.

87. MasterCard denies the allegations pertaining to it in paragraph 87 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 87 of the FAC, and therefore denies the same.

88. MasterCard denies the allegations pertaining to it in the first sentence of paragraph 88 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 88 of the FAC, and therefore denies the same.

89. MasterCard denies the allegations pertaining to it in paragraph 89 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 89 of the FAC, and therefore denies the same.

90. MasterCard denies the allegations pertaining to it in paragraph 90 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 90 of the FAC, and therefore denies the same.

91. MasterCard denies the allegations pertaining to it in paragraph 91 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the

remaining allegations in paragraph 91 of the FAC, and therefore denies the same.

92. MasterCard denies the allegations pertaining to it in paragraph 92 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 92 of the FAC, and therefore denies the same. With regards to the allegations in the subparagraphs:

a. MasterCard denies the allegations pertaining to it in paragraph 92a of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 92a of the FAC, and therefore denies the same.

b. MasterCard denies the allegations pertaining to it in paragraph 92b of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 92b of the FAC, and therefore denies the same.

c. MasterCard denies the allegations pertaining to it in paragraph 92c of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 92c of the FAC, and therefore denies the same.

d. MasterCard denies the allegations pertaining to it in paragraph 92d of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 92d of the FAC, and therefore denies the same.

e. MasterCard denies the allegations pertaining to it in paragraph 92e of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 92e of the FAC, and therefore denies the same.

93. MasterCard denies the allegations pertaining to it in paragraph 93 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 93 of the FAC, and therefore denies the same.

94. MasterCard denies the allegations pertaining to it in paragraph 94 of the FAC.

MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 94 of the FAC, and therefore denies the same.

95. MasterCard denies the allegations pertaining to it in paragraph 95 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 95 of the FAC, and therefore denies the same.

96. MasterCard denies the allegations pertaining to it in paragraph 96 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 96 of the FAC, and therefore denies the same.

97. MasterCard denies the allegations pertaining to it in paragraph 97 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 97 of the FAC, and therefore denies the same.

98. MasterCard denies the allegations pertaining to it in paragraph 98 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 98 of the FAC, and therefore denies the same.

99. MasterCard denies the allegations pertaining to it in paragraph 99 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 99 of the FAC, and therefore denies the same.

100. MasterCard denies the allegations in paragraph 100 of the FAC.

101. MasterCard denies the allegations in paragraph 101 of the FAC.

102. MasterCard denies the allegations in paragraph 102 of the FAC.

103. MasterCard denies the allegations in paragraph 103 of the FAC.

104. MasterCard denies the allegations pertaining to it in paragraph 104 of the FAC.

MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 104 of the FAC, and therefore denies the same.

105. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 of the FAC, and therefore denies the same.

106. MasterCard denies the allegations pertaining to it in paragraph 106 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 106 of the FAC, and therefore denies the same.

107. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107 of the FAC, and therefore denies the same.

108. MasterCard denies the allegations pertaining to it in paragraph 108 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 108 of the FAC, and therefore denies the same.

109. MasterCard denies the allegations pertaining to it in paragraph 109 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 109 of the FAC, and therefore denies the same.

110. MasterCard denies the allegations pertaining to it in paragraph 110 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 110 of the FAC, and therefore denies the same.

111. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111 of the FAC, and therefore denies the same.

112. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112 of the FAC, and therefore denies the same.

113. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113 of the FAC, and therefore denies the same.

114. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114 of the FAC, and therefore denies the same.

115. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115 of the FAC, and therefore denies the same.

116. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116 of the FAC, and therefore denies the same.

117. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117 of the FAC, and therefore denies the same.

118. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118 of the FAC, and therefore denies the same.

119. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 119 of the FAC, and therefore denies the same.

120. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 120 of the FAC, and therefore denies the same.

121. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 121 of the FAC, and therefore denies the same.

122. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 122 of the FAC, and therefore denies the same.

123. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 123 of the FAC, and therefore denies the same.

124. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 124 of the FAC, and therefore denies the same.

125. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125 of the FAC, and therefore denies the same.

126. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 126 of the FAC, and therefore denies the same.

127. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 127 of the FAC, and therefore denies the same.

128. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 128 of the FAC, and therefore denies the same.

129. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 129 of the FAC, and therefore denies the same.

130. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 130 of the FAC, and therefore denies the same.

131. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 131 of the FAC, and therefore denies the same.

132. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 132 of the FAC, and therefore denies the same.

133. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 133 of the FAC, and therefore denies the same.

134. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134 of the FAC, and therefore denies the same.

135. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 135 of the FAC, and therefore denies the same.

136. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 136 of the FAC, and therefore denies the same.

137. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137 of the FAC, and therefore denies the same.

138. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 138 of the FAC, and therefore denies the same.

139. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 139 of the FAC, and therefore denies the same.

140. MasterCard denies the allegations pertaining to it in paragraph 140 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 140 of the FAC, and therefore denies the same.

141. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 141 of the FAC, and therefore denies the same.

142. MasterCard denies the allegations pertaining to it in the first sentence of paragraph 142 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 142 of the FAC, and therefore denies the same.

143. MasterCard denies the allegations pertaining to it in paragraph 143 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 143 of the FAC, and therefore denies the same.

144. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 144 of the FAC, and therefore denies the same.

145. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 145 of the FAC, and therefore denies the same.

146. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146 of the FAC, and therefore denies the same.

147. MasterCard admits that PSW sent a letter to MasterCard in September 2003, and refers the Court to this letter for its contents, but denies the remaining allegations of paragraph 147 of the FAC (as well as those asserted in the referenced "writing") and denies that it committed any wrongdoing or violated any law. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 147 of the FAC, and therefore denies the same.

148. MasterCard denies the allegations pertaining to it in paragraph 148 of the FAC (as well as those asserted in the referenced letter). MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 148 of the FAC, and therefore denies the same.

149. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149 of the FAC, and therefore denies the same.

150. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 150 of the FAC, and therefore denies the same.

151. MasterCard denies the allegations pertaining to it in paragraph 151 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the

remaining allegations in paragraph 151 of the FAC, and therefore denies the same.

152. MasterCard denies the allegations pertaining to it in paragraph 152 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 152 of the FAC, and therefore denies the same.

153. MasterCard denies the allegations pertaining to it in paragraph 153 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 153 of the FAC, and therefore denies the same.

154. MasterCard denies the allegations pertaining to it in paragraph 154 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 154 of the FAC, and therefore denies the same.

155. MasterCard states that *Visa* was an action brought by the United States Department of Justice, refers the Court to the language of that decision for a description of its holding, and denies that *Visa* is relevant to plaintiff's claims here. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 155 of the FAC, and therefore denies the same.

156. MasterCard denies the allegations pertaining to it in paragraph 156 of the FAC. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 156 of the FAC, and therefore denies the same.

157. Paragraph 157 of the FAC asserts legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard denies the remaining

allegations pertaining to it in paragraph 157 of the FAC. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 157 of the FAC, and therefore denies the same.

158. Paragraph 158 of the FAC asserts legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard further denies all allegations of wrongdoing or violations of law and that plaintiff is entitled to any recovery. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. To the extent the allegations of paragraph 158 of the FAC pertain to entities other than MasterCard, MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

159. Paragraph 159 of the FAC asserts legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. To the extent the allegations of paragraph 159 of the FAC pertain to entities other than MasterCard, MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

160. Paragraph 160 of the FAC asserts legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard further denies all allegations of wrongdoing or violations of law and that plaintiff is entitled to any recovery. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. To the extent the allegations of paragraph 160 of the FAC pertain to entities other than MasterCard, MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies the same.

161. Paragraph 161 of the FAC asserts legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard further states that the Court has dismissed plaintiff's antitrust claims.

162. MasterCard denies the allegations of paragraph 162 of the FAC which purport to allege a relevant market in which MasterCard allegedly participates. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. To the extent the allegations of paragraph 162 of the FAC pertain to entities other than MasterCard, MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

163. Paragraph 163 of the FAC, and all subparagraphs thereof, assert legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. To the extent the factual allegations of paragraph 163 of the FAC and/or its subparagraphs pertain to MasterCard, it denies those allegations. To the extent the allegations of paragraph 163 of the FAC and/or its subparagraphs pertain to entities other than MasterCard, MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

164. MasterCard denies the allegations of paragraph 164 of the FAC which purport to allege a relevant market in which MasterCard allegedly participates. MasterCard further states that the Court has dismissed plaintiff's antitrust claims. To the extent the allegations of paragraph 164 of the FAC pertain to entities other than MasterCard, MasterCard lacks

knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

165. MasterCard denies the allegations pertaining to it in paragraph 165 of the FAC. MasterCard further states that the Court has dismissed plaintiff's First Amendment claim. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 165 of the FAC, and therefore denies the same.

166. MasterCard denies the allegations pertaining to it in paragraph 166 of the FAC. MasterCard further states that the Court has dismissed plaintiff's First Amendment claim. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 166 of the FAC, and therefore denies the same.

167. MasterCard denies the allegations pertaining to it in paragraph 167 of the FAC. MasterCard further states that the Court has dismissed plaintiff's First Amendment claim. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 167 of the FAC, and therefore denies the same.

168. MasterCard denies the allegations pertaining to it in paragraph 168 of the FAC. MasterCard further states that the Court has dismissed plaintiff's First Amendment claim. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 168 of the FAC, and therefore denies the same.

169. MasterCard denies the allegations pertaining to it in paragraph 169 (and all subparagraphs thereof) of the FAC. MasterCard further states that the Court has dismissed plaintiff's First Amendment claim. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 169 of the FAC, and

therefore denies the same.

170. MasterCard denies the allegations pertaining to it in paragraph 170 of the FAC. MasterCard further states that the Court has dismissed plaintiff's First Amendment claim. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 170 of the FAC, and therefore denies the same.

171. Paragraph 171 of the FAC asserts legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard further denies all allegations of wrongdoing or violations of law and that plaintiff is entitled to any recovery. MasterCard further states that the Court has dismissed plaintiff's First Amendment claim. To the extent the allegations of paragraph 171 of the FAC pertain to entities other than MasterCard, MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

172. Paragraph 172 of the FAC asserts legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard further denies all allegations of wrongdoing or violations of law and that plaintiff is entitled to any recovery. MasterCard further states that the Court has dismissed plaintiff's First Amendment claim. To the extent the allegations of paragraph 172 of the FAC pertain to entities other than MasterCard, MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

173. MasterCard denies the allegations pertaining to it in paragraph 173 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 173 of the FAC, and therefore denies the same.

174. MasterCard denies the allegations pertaining to it in paragraph 174 of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 174 of the FAC, and therefore denies the same.

175. MasterCard denies the allegations pertaining to it in paragraph 175 (and all subparagraphs thereof) of the FAC. MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 175 of the FAC, and therefore denies the same.

176. Paragraph 176 of the FAC, and the subparagraphs thereof, assert legal conclusions to which no response is required, and MasterCard denies the allegations on that basis. MasterCard further states that the Court has dismissed plaintiff's breach of the covenant of good faith and fair dealing claims. To the extent the factual allegations of paragraph 176 of the FAC and/or its subparagraphs pertain to MasterCard, it denies those allegations. To the extent the allegations of paragraph 176 of the FAC or its subparagraphs pertain to entities other than MasterCard, MasterCard lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

177. MasterCard denies the allegations of paragraph 177 of the FAC.

178. MasterCard denies the allegations of paragraph 178 of the FAC.

179. MasterCard denies the allegations of paragraph 179 of the FAC.

180. MasterCard incorporates its answers to the allegations contained in paragraphs 1-179 of the FAC in its answer to paragraphs 181-191 below as if set forth herein in full.

181. MasterCard denies the allegations of paragraph 181 of the FAC, and further states that the Court dismissed plaintiff's Sherman Act § 1 claim by order dated February 28, 2006.

182. MasterCard denies the allegations of paragraph 182 of the FAC, and further states that the Court dismissed plaintiff's Sherman Act § 2 claim by order dated February 28, 2006.

183. MasterCard denies the allegations of paragraph 183 of the FAC, and further states that the Court dismissed plaintiff's Rhode Island Antitrust Act claim by order dated February 28, 2006.

184. MasterCard denies the allegations of paragraph 184 of the FAC, and further states that the Court dismissed plaintiff's First Amendment claim by order dated February 28, 2006.

185. MasterCard denies the allegations in paragraph 185 of the FAC.

186. MasterCard denies the allegations of paragraph 186 of the FAC, and further states that the Court dismissed plaintiff's covenant of good faith and fair dealing claim by order dated February 28, 2006.

187. MasterCard denies the allegations in paragraph 187 of the FAC.

188. MasterCard denies the allegations in paragraph 188 of the FAC.

189. MasterCard denies the allegations of paragraph 189 of the FAC, and further states that the Court dismissed plaintiff's tortious interference with prospective economic advantage claim by order dated February 28, 2006.

190. MasterCard denies the allegations of paragraph 190 of the FAC, and further states that the Court dismissed plaintiff's conversion claim by order dated February 28, 2006.

191. MasterCard denies the allegations of paragraph 191 of the FAC, and further states that the Court dismissed plaintiff's embezzlement claim by order dated February 28, 2006.

## ANSWER TO PRAYERS FOR RELIEF

MasterCard admits that plaintiff purports to seek the relief identified in the Prayers for

Relief, but denies that plaintiff is entitled to any relief whatsoever. MasterCard prays that plaintiff take nothing on the basis of its FAC and judgment be granted to MasterCard in full.

**AFFIRMATIVE AND/OR ADDITIONAL DEFENSES**

Without assuming the burden of proof where it rests with plaintiff, MasterCard alleges the following as affirmative and/or additional defenses to the FAC and to the remaining claims.

**First Affirmative and/or Additional Defense**

Plaintiff's claims, in whole or in part, fail to state a claim upon which relief can be granted.

**Second Affirmative and/or Additional Defense**

Plaintiff's claims are barred, in whole or in part, because of ratification, agreement, voluntary payment, assent, acquiescence, or consent.

**Third Affirmative and/or Additional Defense**

Plaintiff's claims are barred, in whole or in part, by the doctrines of laches, estoppel, or waiver.

**Fourth Affirmative and/or Additional Defense**

Plaintiff's claims are barred, in whole or in part, by the failure of plaintiff to exercise reasonable efforts to avoid or minimize the alleged injury purportedly suffered.

**Fifth Affirmative and/or Additional Defense**

Plaintiff's claims are barred, in whole or in part, because MasterCard is not a party to the Merchant Agreement nor in privity with PSW on that agreement.

**Sixth Affirmative and/or Additional Defense**

Plaintiff's claims are barred, in whole or in part, because the asserted injury, if any, was

not proximately caused by MasterCard.

**Seventh Affirmative and/or Additional Defense**

Plaintiff's claims are barred, in whole or in part, because MasterCard acted reasonably and in good faith, and employed lawful, proper and justified means to accomplish legitimate business objectives.

**Eighth Affirmative and/or Additional Defense**

Plaintiff's claims are barred, in whole or in part, because any asserted chargeback "fines and penalties" allegedly paid by plaintiff were paid to its acquiring bank, not MasterCard.

**Ninth Affirmative and/or Additional Defense**

Plaintiff's claims are barred, in whole or in part, by the terms of the alleged contractual agreements challenged by plaintiff.

**Tenth Affirmative and/or Additional Defense**

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

**Eleventh Affirmative and/or Additional Defense**

MasterCard hereby adopts and incorporates by this reference any and all affirmative and/or additional defenses asserted or to be asserted by any other Defendant in this proceeding.

WHEREFORE, MasterCard International Incorporated prays for judgment in favor of MasterCard and against plaintiff on each and every cause of action, that the FAC be dismissed with prejudice as to MasterCard, with costs and disbursements to MasterCard, and seeks such

other legal and equitable relief, including an award of attorneys' fees, as the Court may deem just and proper.

Dated: March 22, 2006

Respectfully submitted,

Joseph V. Cavanagh, Jr. (mcd)

Joseph V. Cavanagh, Jr. (#1139)
*jvc@blishcavlaw.com*
Staci L. Kolb (#5451)
*slk@blishcavlaw.com*
Mary C. Dunn (#6712)
*mcd@blishcavlaw.com*
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Jay N. Fastow *(pro hac vice)*
*jay.fastow@weil.com*
Bruce A. Colbath *(pro hac vice)*
*bruce.colbath@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310- 8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEFENDANT
MASTERCARD INTERNATIONAL
INCORPORATED

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 22nd day of March, 2006, I caused a true copy of the within document to be forwarded by first class mail, postage prepaid, to the following parties:

*via telecopy/regular mail*
Richard A. Sinapi, Esquire
V. Edward Formisano, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, Rhode Island 02920

Jay N. Fastow, Esquire
Bruce A. Colbath, Esquire
Denise L. Plunkett, Esquire
Weil, Gotshall & Manges, LLP
767 Fifth Avenue
New York, New York 10153

*via messenger*
John Tarantino, Esquire
Patricia K. Rocha, Esquire
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence, Rhode Island 02903

Richard G. Parker, Esquire
Jonathan D. Hacker, Esquire
Matthew R. Cosgrove, Esquire
Nikhil M. Shanbhag, Esquire
O'Melveny & Myers
1625 Eye Street NW
Washington, DC 20006

Daniel Bookin, Esquire
Randall W. Edwards, Esquire
O'Melveny & Myers
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111

Brian Wallach, Esquire
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402

*via messenger*
Patricia A. Sullivan, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Jeanmarie Leach