**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PSW, Inc. d/b/a PSW BILLING,<br><br>Plaintiff,<br><br>v.<br><br>VISA U.S.A., Inc., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, AND FIRST DATA MERCHANT SERVICES CORPORATION,<br><br>Defendants. | Civ. A. No. 04-347-T (ECT) |

RECEIVED
MAR 14 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANTS MAY HAVE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and among plaintiff, PSW, INC. d/b/a PSW BILLING, and defendants, VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK and FIRST DATA MERCHANT SERVICES CORPORATION, that the time within which defendants must answer or otherwise respond to plaintiff's First Amended Complaint be and hereby is extended through and including Wednesday, March 22, 2006.

/s/ Richard A. Sinapi
Richard A. Sinapi (#2977)
V. Edward Formisano
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Telephone: (401) 944-9690
Facsimile: (401) 943-9040
*Attorneys for Plaintiff,*
*PSW, Inc. d/b/a PSW Billing*

/s/ Patricia A. Sullivan
Patricia A. Sullivan (#2120)
Edwards Angell Palmer
& Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (888) 325-9067

OF COUNSEL:
Daniel H. Bookin, Esquire
Randall W. Edwards, Esquire
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Richard G. Parker, Esquire
Jonathan D. Hacker, Esquire
Matthew R. Cosgrove, Esquire
Nikhil M. Shanbhag, Esquire
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 323-5414
*Attorneys for Defendant,*
*Visa, U.S.A., Inc.*

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. (#1139)
Staci L. Kolb (#5451)
Mary C. Dunn (#6712)
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

OF COUNSEL:
Jay N. Fastow (*pro hac vice)*
Bruce A. Colbath (*pro hac vice)*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant,*
*MasterCard International Incorporated*

John Tarantino, Esquire (#2586)
Patricia K. Rocha, Esquire (#2793)
Victoria M. Almeida, Esquire (#1755)
Adler Pollock & Sheehan, PC
2300 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-7200
Facsimile: (401) 351-4607

OF COUNSEL:
Brian Wallach, Esquire (*pro hac vice*)
Peter Moll, Esquire (*pro hac vice*)
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendants,*
*First Financial Bank and First Data*
*Merchant Services Corporation*

ENTER:

Ernest C. Torres
Chief, U.S. District Judge

DATE: 3/24/06

CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of March, 2006, I caused a true copy of the within document to be forwarded by first class mail, postage prepaid, to the following parties:

Richard A. Sinapi, Esquire
V. Edward Formisano, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, Rhode Island 02920

Jay N. Fastow, Esquire
Bruce A. Colbath, Esquire
Denise L. Plunkett, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

John Tarantino, Esquire
Patricia K. Rocha, Esquire
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence, Rhode Island 02903

Richard G. Parker, Esquire
Jonathan D. Hacker, Esquire
Matthew R. Cosgrove, Esquire
Nikhil M. Shanbhag, Esquire
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

Patricia A. Sullivan
Edwards Angell Palmer
& Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Brian Wallach, Esquire
Peter Moll, Esquire
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402

Patricia E. Carrier