UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PSW, INC., d/b/a PSW BILLING | : | |
| | : | |
| v. | : | C.A. No. 04-347T |
| | : | |
| VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION | : | |

**NOTICE OF SUGGESTION OF BANKRUPTCY**

On March 22, 2006, the Defendants, First Financial Bank ("FFB") and First Data Merchant Services Corporation ("FDMS"), filed their Answer, Counterclaims and Cross-Claims in the within action. The Counterclaims included claims under Fed.R.Civ.P. 13(h) against John Lombardi ("Lombardi"). After the pleading was filed, counsel for FFB and FDMS contacted counsel for the Plaintiff and asked whether Plaintiff's counsel would accept service on behalf of Lombardi. At that time, counsel for FFB and FDMS was informed by counsel for Plaintiff that Lombardi had filed a personal bankruptcy petition. This was the first knowledge or information that counsel for FFB and FDMS had of the filing of Lombardi's bankruptcy petition. Immediately following that conversation, counsel for FFB and FDMS reviewed the Bankruptcy Court docket and learned that a petition for bankruptcy was filed *pro se* by Lombardi on March 7, 2006.

Dated: March 23, 2006

DEFENDANTS, FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES CORPORATION
By their Attorneys,

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
VICTORIA M. ALMEIDA, #1755
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

BRIAN WALLACH (admitted *pro hac vice*)
PETER MOLL (admitted *pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Tel: (202) 783-0800
Fax: (202) 383-6610

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of March, 2006, a true copy of the within was served via first class mail, postage prepaid, on the following counsel of record:

*Counsel for Plaintiff:*
Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

David Paul Steiner, Esq.
1925 Century Park East, Suite 2350
Los Angeles, CA 90067

*Receiver for PSW, Inc.:*
Allan M. Shine, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

*Counsel for MasterCard International:*
Joseph V. Cavanagh, Esq.
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Jay N. Fastow, Esq.
Bruce A. Colbath, Esq.
Denise L. Plunkett, Esq.
Weil, Gotshall & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for VISA, U.S.A., Inc.:*
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Daniel Bookin, Esq.
Randall W. Edwards, Esq.
O'Melveny & Myers
275 Battery Street
San Francisco, CA 94111

Debra Human

*376132_1.doc*