UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PSW, INC., d/b/a PSW BILLING
Plaintiff

v. C.A. No. 04-347T

VISA U.S.A. INC., MASTERCARD
INTERNATIONAL INCORPORATED,
FIRST FINANCIAL BANK, AND
FIRST DATA MERCHANT
SERVICES CORPORATION
Defendants

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Visa U.S.A. Inc. hereby moves that Randall W. Edwards, a partner at O'Melveny & Myers LLP, be admitted PRO HAC VICE in the above case as counsel, with local associate counsel identified below. The Court has previously granted Visa's request for admission pro hac vice of two partners at O'Melveny & Myers LLP: Daniel Bookin (who will be lead trial counsel) and Jonathan Hacker. The new Local Rules provide for up to three counsel to be admitted pro hac vice. L.R. Gen. 204(c). Nonetheless, if necessary, Visa is willing to withdraw Mr. Hacker as pro hac vice counsel and substitute Mr. Edwards as the second pro hac vice counsel if the Court follows its prior general practice of limiting to two the number of counsel per client that may be admitted pro hac vice. Visa's motion to admit Mr. Edwards as counsel pro hac vice is made on the grounds that for several years Mr. Edwards has represented Visa on many similar challenges to Visa's Corporate Risk activities and programs in matters pending in various jurisdictions. In those matters, Mr. Edwards has worked extensively and closely with the individuals who would be the key witnesses in this case, as well as on the relevant issues generally.

By: Patricia A. Sullivan (#2120)
Attorney for Visa U.S.A. Inc.

DATED April 5, 2006

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State of California and the following Federal District Court and Court of Appeals Bars: Northern District of California, Central District of California, Eastern District of California, and the Fifth and Ninth Circuit Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of any crime.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Randall W. Edwards 4/3/06

Randall W. Edwards (Cal. Bar No. 179053)
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
415-984-8700
415-984-8701 (fax)

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Local Associate Counsel
Patricia A. Sullivan (R.I. Bar #2120)

Edwards, Angell, Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903
(401)274-9200 (401)276-6611 (fax)

ORDER: This motion is hereby ______________________ .

______________________
U.S. District Judge

Date:__________________