**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **PSW, INC., d/b/a PSW BILLING,** **Plaintiff,** v. **VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION,** **Defendants** | **C.A. No. 04-347-T** |

**ASSENTED-TO MOTION OF PLAINTIFF EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COUNTERCLAIM OF DEFENDANT FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES CORPORATION**

With the consent of Defendants **FIRST FINANCIAL BANK** and **FIRST DATA MERCHANT SERVICES CORPORATION**, Plaintiff **PSW, INC** does hereby move this Honorable Court pursuant to Fed.R.Civ.P. 6(b) and LR Cv 29(b) to extend the period of time within which Plaintiff must answer or otherwise respond to said Defendants' Counterclaim an additional thirty (30) days or until on or before **May 11, 2006.** As grounds therefore and in support thereof, Plaintiff states that additional time is required in light of the press of business and ongoing settlement discussions which may make a response unnecessary.

**WHEREFORE,** Plaintiff prays that its Assented-to Motion to extend time within which to answer or otherwise respond to the Counterclaim of Defendant **FIRST FINANCIAL BANK** and **FIRST DATA MERCHANT SERVICES CORPORATION** be granted.

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO &COMPANY, LTD.**

**Dated: April 11, 2006**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**V. Edward Formisano, Esq. (R.I. Bar No. 5512)**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690; Fax: (401) 943-9040**

GRANTED
Ernest C. Torres
Chief, US District Judge
4/11/06

**CERTIFICATION**

**Patricia A. Sullivan, Esq.**
**Edwards & Angell LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

**John A. Tarantino, Esq.**
**Adler Pollack and Sheehan P.C.**
**2300 Financial Plaza**
**Providence, RI 02903**

**Joseph V. Cavanagh, Jr., Esq.**
**Blish & Cavanaugh LLP**
**30 Exchange Terrace**
**Providence, RI 02903**

I hereby certify that I mailed a copy of the within document to the above attorneys of records via regular mail, postage pre-paid on the 11th day of April, **2006.**