**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PSW, Inc. d/b/a PSW BILLING,

Plaintiff,

v.

VISA U.S.A., Inc., MASTERCARD INTERNATIONAL INCORPORATED,

Defendants,

and

FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION

Defendants and Counterclaimants

v.

PSW, Inc., d/b/a PSW BILLING, and JOHN LOMBARDI,

Counterclaim Defendants.

Civ. A. No. 04-347-T (ECT)

---

FIRST FINANCIAL BANK,

Cross-Claimant,

v.

MASTERCARD INTERNATIONAL INCORPORATED,

Cross-Claim Defendant.

**ASSENTED-TO MOTION EXTENDING TIME WITHIN WHICH CROSS-CLAIM DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED MAY HAVE TO ANSWER OR OTHERWISE RESPOND TO CROSS-CLAIMANT FIRST FINANCIAL BANK'S CROSS-CLAIMS**

With the consent of cross-claimant FIRST FINANCIAL BANK, cross-claim defendant MASTERCARD INTERNATIONAL INCORPORATED hereby moves

this Honorable Court pursuant to Fed. R. Civ. P. 6(b) and LR Cv 29 to extend the period within which cross-claim defendant must answer or otherwise respond to the cross-claims through and including Thursday, May 11, 2006. As grounds therefore and in support thereof, cross-claim defendant states that additional time is required in light of ongoing settlement discussions which may make a response unnecessary.

WHEREFORE, cross-claim defendant MASTERCARD INTERNATIONAL INCORPORATED prays that its Assented-to Motion to extend the time to answer or otherwise respond to the cross-claims be granted.

**Dated: April 18, 2006**

GRANTED
Ernest C. Torres
Chief, US District Judge
5/4/06

Joseph V. Cavanagh, Jr. (#1139)
Staci L. Kolb (#5451)
Mary C. Dunn (#6712)
Blish & Cavanagh LLP
Commerce Center
30 Exchange Place
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

OF COUNSEL:
Jay N. Fastow *(pro hac vice)*
Bruce A. Colbath *(pro hac vice)*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Cross-Claim Defendant,*
*MasterCard International Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 2 th day of April, 2006, I caused a true copy of the within document to be forwarded by first class mail, postage prepaid, to the following parties:

Richard A. Sinapi, Esquire
V. Edward Formisano, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, Rhode Island 02920

Jay N. Fastow, Esquire
Bruce A. Colbath, Esquire
Denise Plunkett, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

John Tarantino, Esquire
Patricia K. Rocha, Esquire
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Richard G. Parker, Esquire
Jonathan D. Hacker, Esquire
Matthew R. Cosgrove, Esquire
Nikhil M. Shanbhag, Esquire
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

Daniel Bookin, Esquire
Randall W. Edwards, Esquire
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111

Brian Wallach, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402

Patricia A. Sullivan, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

______________________