**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PSW, Inc. d/b/a PSW BILLING,<br><br>Plaintiff,<br><br>v.<br><br>VISA U.S.A., Inc., MASTERCARD INTERNATIONAL INCORPORATED,<br><br>Defendants,<br><br>and<br><br>FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION<br><br>Defendants and Counterclaimants<br><br>v.<br><br>PSW, Inc., d/b/a PSW BILLING, and JOHN LOMBARDI,<br><br>Counterclaim Defendants.<br><br>FIRST FINANCIAL BANK,<br><br>Cross-Claimant,<br><br>v.<br><br>MASTERCARD INTERNATIONAL INCORPORATED,<br><br>Cross-Claim Defendant. | Civ. A. No. 04-347-T (ECT) |

**ASSENTED-TO MOTION EXTENDING TIME WITHIN WHICH CROSS-CLAIM DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED MAY HAVE TO ANSWER OR OTHERWISE RESPOND TO CROSS-CLAIMANT FIRST FINANCIAL BANK'S CROSS-CLAIMS**

With the consent of cross-claimant FIRST FINANCIAL BANK, cross-claim defendant MASTERCARD INTERNATIONAL INCORPORATED hereby moves

this Honorable Court pursuant to Fed. R. Civ. P. 6(b) and LR Cv 29 to extend the period within which cross-claim defendant must answer or otherwise respond to the cross-claims through and including June 12, 2006. As grounds therefore and in support thereof, cross-claim defendant states as follows:

1. The parties met with private mediator, William Poore, Esq. on Saturday, April 29, 2006, in an effort to resolve all claims related to this litigation.

2. The parties continued to work with the mediator since that time in ongoing settlement discussions, reaching a successful resolution to all claims related to this litigation.

3. Because plaintiff PSW, Inc. d/b/a PSW Billing is in receivership, the settlement must be approved by the Superior Court of the State of Rhode Island.

4. This request is not made for the purpose of delay, but allows time for all the parties to execute all settlement documentation and also provides time to have the Superior Court of the State of Rhode Island approve the settlement.

WHEREFORE, cross-claim defendant MASTERCARD INTERNATIONAL INCORPORATED prays that its Assented-to Motion to extend the time to answer or otherwise respond to the cross-claims be granted.

**Dated: May 9, 2006**

Joseph V. Cavanagh, Jr. (#1139)
Staci L. Kolb (#5451)
Mary C. Dunn (#6712)
Blish & Cavanagh LLP
Commerce Center
30 Exchange Place
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

OF COUNSEL:
Jay N. Fastow *(pro hac vice)*
Bruce A. Colbath *(pro hac vice)*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Cross-Claim Defendant, MasterCard International Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of May, 2006, I caused a true copy of the within document to be forwarded by first class mail, postage prepaid, to the following parties:

Richard A. Sinapi, Esquire
V. Edward Formisano, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, Rhode Island 02920

Jay N. Fastow, Esquire
Bruce A. Colbath, Esquire
Denise Plunkett, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

John Tarantino, Esquire
Patricia K. Rocha, Esquire
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Richard G. Parker, Esquire
Jonathan D. Hacker, Esquire
Matthew R. Cosgrove, Esquire
Nikhil M. Shanbhag, Esquire
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

Daniel Bookin, Esquire
Randall W. Edwards, Esquire
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111

Brian Wallach, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402

Patricia A. Sullivan, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Diane L. Portnoy