**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PSW, Inc. d/b/a PSW BILLING,

Plaintiff,

v.

VISA U.S.A., Inc., MASTERCARD INTERNATIONAL INCORPORATED,

Defendants,

and

FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION

Defendants and Counterclaimants

v.

PSW, Inc., d/b/a PSW BILLING, and JOHN LOMBARDI,

Counterclaim Defendants.

---

FIRST FINANCIAL BANK,

Cross-Claimant,

v.

MASTERCARD INTERNATIONAL INCORPORATED,

Cross-Claim Defendant.

Civ. A. No. 04-347-T (ECT)

**ASSENTED-TO MOTION EXTENDING TIME WITHIN WHICH CROSS-CLAIM DEFENDANT MASTERCARD INTERNATIONAL INCORPORATED MAY HAVE TO ANSWER OR OTHERWISE RESPOND TO CROSS-CLAIMANT FIRST FINANCIAL BANK'S CROSS-CLAIMS**

With the consent of cross-claimant FIRST FINANCIAL BANK, cross-claim defendant MASTERCARD INTERNATIONAL INCORPORATED hereby moves

this Honorable Court pursuant to Fed. R. Civ. P. 6(b) and LR Cv 29 to extend the period within which cross-claim defendant must answer or otherwise respond to the cross-claims through and including June 12, 2006. As grounds therefore and in support thereof, cross-claim defendant states as follows:

1. The parties met with private mediator, William Poore, Esq. on Saturday, April 29, 2006, in an effort to resolve all claims related to this litigation.

2. The parties continued to work with the mediator since that time in ongoing settlement discussions, reaching a successful resolution to all claims related to this litigation.

3. Because plaintiff PSW, Inc. d/b/a PSW Billing is in receivership, the settlement must be approved by the Superior Court of the State of Rhode Island.

4. This request is not made for the purpose of delay, but allows time for all the parties to execute all settlement documentation and also provides time to have the Superior Court of the State of Rhode Island approve the settlement.

WHEREFORE, cross-claim defendant MASTERCARD INTERNATIONAL INCORPORATED prays that its Assented-to Motion to extend the time to answer or otherwise respond to the cross-claims be granted.

**Dated: May 9, 2006**

GRANTED

Ernest C. Torres
Chief, US District Judge
5/23/06

Joseph V. Cavanagh, Jr. (#1139)
Staci L. Kolb (#5451)
Mary C. Dunn (#6712)
Blish & Cavanagh LLP
Commerce Center
30 Exchange Place
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542