THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **PSW, INC., d/b/a PSW BILLING, Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-347-T** |
| **VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION, Defendants** | : | |

**ASSENTED-TO MOTION OF PLAINTIFF EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COUNTERCLAIM OF DEFENDANT FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES CORPORATION**

With the consent of Defendants **FIRST FINANCIAL BANK** and **FIRST DATA MERCHANT SERVICES CORPORATION**, Plaintiff **PSW, INC** does hereby move this Honorable Court pursuant to Fed.R.Civ.P. 6(b) and LR Cv 29(b) to extend the period of time within which Plaintiff must answer or otherwise respond to said Defendants' Counterclaim an additional thirty (30) days or until on or before **July 12, 2006.** As grounds therefore and in support thereof, Plaintiff states that the parties need the additional time to finalize a proposed settlement and obtain the approval of the Providence County Superior Court, which may make a response unnecessary.

**WHEREFORE,** Plaintiff prays that its Assented-to Motion to extend time within which to answer or otherwise respond to the Counterclaim of Defendant **FIRST FINANCIAL BANK** and **FIRST DATA MERCHANT SERVICES CORPORATION** be granted.

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO & COMPANY, LTD.**

**Dated: June 7, 2006**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**V. Edward Formisano, Esq. (R.I. Bar No. 5512)**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690; Fax: (401) 943-9040**

**CERTIFICATION**

**Patricia A. Sullivan, Esq.**
**Edwards & Angell LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

**John A. Tarantino, Esq.**
**Adler Pollack and Sheehan P.C.**
**2300 Financial Plaza**
**Providence, RI 02903**

**Joseph V. Cavanagh, Jr., Esq.**
**Blish & Cavanaugh LLP**
**30 Exchange Terrace**
**Providence, RI 02903**

I hereby certify that I mailed a copy of the within document to the above attorneys of records via regular mail, postage pre-paid on the 7th day of June, **2006.**

Katherine E. Kunziger