**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PSW, INC., d/b/a PSW BILLING<br><br>Plaintiff,<br><br>v.<br><br>VISA U.S.A., INC., MASTERCARD INTERNATIONAL INCORPORATED, FIRST FINANCIAL BANK, and FIRST DATA MERCHANT SERVICES CORPORATION<br><br>Defendants. | Case No. 04-347T |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS, COUNTERCLAIMS AND CROSS-CLAIM ASSERTED IN THIS LITIGATION**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between all parties in the above-captioned action – PSW, Inc., d/b/a PSW Billing, VISA U.S.A. Inc., MasterCard International Incorporated, First Financial Bank, and First Data Merchant Services Corporation – as evidenced by the signatures of their duly authorized counsel, that all of the claims, counterclaims, and cross-claims asserted in this litigation be dismissed with prejudice without any award of costs to any party.

Dated: September 12, 2006

**COUNSEL FOR PSW, INC.**

/s/ Richard Sinapi
Richard A. Sinapi, Esq.
V. Edward Formisano, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
dicks@sfclaw.com

**COUNSEL FOR VISA U.S.A. INC.**

/s/ Patricia Sullivan
Patricia A. Sullivan #2120
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
psullivan@eapdlaw.com

**COUNSEL FOR MASTERCARD INTERNATIONAL INCORPORATED**

/s/ Staci Kolb
Joseph V. Cavanagh, Esq.
Staci L. Kolb #5451
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765
slk@blishcavlaw.com

____________________________
Daniel H. Bookin, Esq.
Randall W. Edwards
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111-3305

____________________________
Jay Fastow, Esq.
Bruce Colbath, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**COUNSEL FOR FIRST FINANCIAL BANK AND FIRST DATA MERCHANT SERVICES CORPORATION**

/s/ John Tarantino
John A. Tarantino, Esq. (#2586)
Patricia K. Rocha, Esq. (#2793)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
jtarantino@apslaw.com
procha@apslaw.com

________________________________
Brian Wallach, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 30004

SO ORDERED on ___________, 2006

________________________________
Ernest C. Torres
United States District Judge

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 12th day of September 2006 and is available for viewing and downloading to the ECF registered counsel of record:

| | |
|---|---|
| Richard A. Sinapi, Esq.<br>V. Edward Formisano, Esq.<br>Sinapi Formisano & Company, Ltd.<br>100 Midway Place, Suite 1<br>Cranston, RI 02920-5707<br>dicks@sfclaw.com | |
| Staci L. Kolb #5451<br>Blish & Cavanagh, LLP<br>Commerce Center<br>30 Exchange Terrace<br>Providence, RI 02903-1765<br>slk@blishcavlaw.com | John A. Tarantino, Esq. (#2586)<br>Patricia K. Rocha, Esq. (#2793)<br>Adler Pollock & Sheehan, P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>jtarantino@apslaw.com<br>procha@apslaw.com |

and by regular mail to:

| | |
|---|---|
| Daniel H. Bookin, Esq.<br>Randall W. Edwards<br>O'Melveny & Myers LLP<br>275 Battery Street<br>San Francisco, CA 94111-3305<br>Brian Wallach, Esq.<br>Howrey Simon Arnold & White<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 30004 | Jay Fastow, Esq.<br>Bruce Colbath, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| Brian Wallach, Esq.<br>Howrey Simon Arnold & White<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 30004 | |

/s/ Patricia Sullivan
Patricia A. Sullivan